20 MD 2924

Dear Clerk Noble,                                    12/3/2020

  Attached to this missive, please find my Short-Form

Complaint per Pretrial Order #31. Please enter into the

offical court record,

FILED BY_____PE_____D.C.

Jan 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

  Additionally, please find 77 pages of my medical

history from  8/14/2000 through very recent, and index.

  Please forward these records to the proper custodian,

[Brown Greer PLC (I think)] per Pretrial Order # 44 [DE 1933]

for service on Defendants or for inspection by Defendants

Counsel, to establish my Standing to seek relief

in this matter.


                  Respectfully

                  James Vandiver
                  Party in Interest
            Pro se Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                                MDL NO 2924
PRODUCTS LIABILITY                                        20-MD-2924
LITIGATION

                                                **JUDGE ROBIN L ROSENBERG**
                                        **MAGISTRATE JUDGE BRUCE REINHART**

_____/

THIS DOCUMENT RELATES TO:              **JURY TRIAL DEMANDED**

James Dow Vandivere
(Plaintiff Name(s))

**<u>SHORT-FORM COMPLAINT</u>**

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against

Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the

Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability*

*Litigation,* MDL No. 2924 (S.D. Fla).  Plaintiff(s) file(s) this Short-Form Complaint as permitted

by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes

of Actions specific to this case. Where certain claims require additional pleading or case specific

facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

## I.    PARTIES, JURISDICTION, AND VENUE

### A. PLAINTIFF(S)

1.    Plaintiff(s) _Vandivere_ ("Plaintiff(s)") brings this action (check the
applicable designation):

☑   On behalf of [*himself/herself*];

☐   In representative capacity as the _____, on behalf
of   the   injured   party.   (Injured   Party's   Name)
_____.

- 1 -

2.  Injured Party is currently a resident and citizen of (City, State) _Butner, N.C. 27509_ and claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year) _____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium,

3.  _____ ("Consortium Plaintiff") alleges damages for loss of consortium.

4.  At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) _____.

5.  At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) _____.

**B. DEFENDANT(S)**

6.  Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

   **a. Brand Manufacturers:**

   **b. Generic Manufacturers:**

   **c. Distributors:**

   **d. Retailers:**

   **e. Repackagers:**

   **f. Others Not Named in the MPIC:**

**C. JURISDICTION AND VENUE**

7.  Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]: *U.S. District Court Eastern District of North Carolina*

8.  Jurisdiction is proper upon diversity of citizenship.


## II. PRODUCT USE

9.  The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

    ☑ By prescription

    ☐ Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) _____ to _____.


## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRAIN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL CANCER | |
| ☐ | ESOPHAGEAL/THROAT/NASAL CANCER | |
| ☐ | INTESTINAL CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☑ | PROSTATE CANCER | |
| ☐ | STOMACH CANCER | |

| | | |
|---|---|---|
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☑ | OTHER CANCER:  *Possibly – Unknown at this time* | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12.   Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## IV.   CAUSES OF ACTION ASSERTED

13.   The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☑ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☑ | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☐ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ☑ | IV | NEGLIGENCE – FAILURE TO WARN |
| ☑ | V | NEGLIGENT PRODUCT DESIGN |
| ☑ | VI | NEGLIGENT MANUFACTURING |
| ☑ | VII | GENERAL NEGLIGENCE |
| ☐ | VIII | NEGLIGENT MISREPRESENTATION |
| ☐ | IX | BREACH OF EXPRESS WARRANTIES |
| ☐ | X | BREACH OF IMPLIED WARRANTIES |
| ☑ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: |

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☐ | XII | UNJUST ENRICHMENT |
| ☐ | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☐ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: |
| ☐ | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

_____

_____

_____

## V.    JURY DEMAND

14.    Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.    PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

**[Signature Block]**

*Counsel for Plaintiff(s)*

Respectfully Submitted
This 3rd day of December, 2020
James Dow Vandivier
Real Party In Interest
Pro Se Plaintiff

- 5 -

# Index and Certification

## Exhibit #
## Pgs. # - #

# Subject

Note: Exhibits may not be in exact chronoligical order.

**Exhibit "A"**
**Pgs. A-1 - A-13**
Filled prescription history
From 1/30/01 - 1/11/06 + 30 days (2/10/06)

**Exhibit "B"**
**Pgs. B1 - B6**
Medication Administration Records
From 1/31/05 - 1/11/06

**Exhibit "C"**
**Pgs. C1 - C-24**
Care Providers Orders for Zantac/Raniti-
dine From 11/19/02 - 1/31/06

**Exhibit "D"**
**Pgs. D1 - D15**
Blood Chemistry  [Note Pgs. D11 - D15]
From 2/27/07 - 6/11/20 [1/31/07 - 2/27/07]
Lead to first Biopsy on 2/28/07
See E1 + E2 [Results were Negative]

**Exhibit "E"**
**Pgs. E1 - E11**
2nd Biopsy results [Positive results]
Treatment begin 11/3/20 and are current
@ FMC Butner, N.C. [Specimens 7, 8 + 10]
Taken on 11/15/19 were positive for Cancers

**Certification**  I James Dow Vandivere do hereby certify that
all Exhibits are true and correct to the best
of my knowledge and belief, under penilty
of perjury.

James D Vandivere
Pro se plaintiff

**EXHIBIT 'A'**

VANDIVERE, JAMES DOW
99078-011
A01-102U

# FCC VICTORVILLE
## 13777 AIR EXPRESSWAY BLVD
## VICTORVILLE, CA 92394
## MEDICATION/SUMMARY SHEET

## MEDICATION ALLERGIES: NKDA

| Ord.Date 08/10/00 | VANDIVERE, JAMES DOW 99078-011 | B. FULLER |
| --- | --- | --- |
| | APPLY SPARINGLY TO AFFECTED AREAS ON LEGS TWICE DAILY | |
| Rx # 1836 | TRIAMCINOLONE CREAM 0.1 % | # 15 |

| Ord.Date 12/07/00 | VANDIVERE, JAMES DOW 99078-011 | J. FERNAND |
| --- | --- | --- |
| | APPLY TO THE AFFECTED AREA(S) SPARINGLY TWICE DAILY OR AS DIRECTED | |
| Rx # 6581 | TRIAMCINOLONE CREAM 0.1 % GM | # 15 |

| Ord.Date 12/07/00 | VANDIVERE, JAMES DOW 99078-011 | J. FERNAND |
| --- | --- | --- |
| | TAKE ONE TABLET THREE TIMES DAILY (( MAY CAUSE DROWSINESS)) | |
| Rx # 6582 | HYDROXYZINE 25 MG TAB | # 21 |

| Ord.Date 01/30/01 | VANDIVERE, JAMES DOW 99078-011 | L. CASTILLO |
| --- | --- | --- |
| | TAKE ONE TABLET TWICE DAILY AS NEEDED FOR COUGH | |
| Rx # 9827 | GUAIFENESIN/DEXTROMETHORPHAN | |

| Ord.Date 01/30/01 | VANDIVERE, JAMES DOW 99078-011 | L. CASTILLO |
| --- | --- | --- |
| | APPLY TO THE AFFECTED AREA(S) SPARINGLY TWICE DAILY | |
| Rx # 9826 | HYDROCORTISONE CREAM 1% GM | # 30 |

| Ord.Date 01/30/01 | VANDIVERE, JAMES DOW 99078-011 | L. CASTILLO |
| --- | --- | --- |
| | TAKE ONE TABLET TWICE DAILY FOR 7 DAYS FOR INFECTION CONTROL. TAKE WITH PLENTY OF WATER | |
| Rx # 9828 | SULFAMETH/RTIMETH DS 800MG/160M | # 14 |

| Ord.Date 01/30/01 | VANDIVERE, JAMES DOW 99078-011 | L. CASTILLO |
| --- | --- | --- |
| | TAKE ONE TABLET TWICE DAILY FOR STOMACH | |
| Rx # 9825 | | # 20 |

| Ord.Date 05/01/01 Exp.Date 07/29/01 | VANDIVERE, JAMES DOW 99078-011 | B. NUNEZ |
| --- | --- | --- |
| | APPLY TO AFFECTED AREA AS DIRECTED | |
| Rx # 16335 | SELENIUM SULFIDE LOTION 2.5% ML | # 120 |

| Ord.Date 05/01/01 Exp.Date 07/29/01 | VANDIVERE, JAMES DOW 99078-011 | B. NUNEZ |
| --- | --- | --- |
| | APPLY TO AFFECTED AREA TWICE DAILY | |
| Rx # 16336 | BETAMETHASONE VAL 0.1% LOT | # 60 |

| Ord.Date 08/24/01 Exp.Date 09/22/01 | VANDIVERE, JAMES DOW 99078-011 | V. MALINGK |
| --- | --- | --- |
| | TAKE ONE TABLET TWICE DAILY AFTER MEALS AS NEEDED FOR PAIN | |
| Rx # 24841 | NAPROXEN SODIUM 275 MG TAB | #30 |

| Ord.Date 08/24/01 Exp.Date 11/21/01 | VANDIVERE, JAMES DOW 99078-011 | V. MALINGK (1)Refills |
| --- | --- | --- |
| | MASSAGE SMALL AMT INTO SCALP FOR 5 MINUTES, RINSE 3 TIMES A WEEK | |
| Rx # 24842 | SELENIUM SULFIDE LOTION 2.5% ML | #1 |

| Ord.Date 12/13/01 Exp.Date 03/12/02 | VANDIVERE, JAMES DOW 99078-011 | J. FERNAND (3)Refills |
| --- | --- | --- |
| | APPLY TO SCALP AS DIRECTED | |
| Rx # 34050 | BETAMETHASONE VAL 0.1% LOT | #1 |

| Ord.Date 01/28/02 Exp.Date 02/06/02 | VANDIVERE, JAMES DOW 99078-011 | M. BISLA (0)Refills |
| --- | --- | --- |
| | TAKE ONE TABLET FOUR TIMES DAILY AS NEEDED | |
| Rx # 37679 | IBUPROFEN 800 MG TAB | #2R |

| Ord.Date 02/08/02 Exp.Date 03/09/02 | VANDIVERE, JAMES DOW 99078-011 | M. BISLA (0)Refills |
| --- | --- | --- |
| | APPLY TO AFFECTED AREA TWICE DAILY | |
| Rx # | BACITRACIN/POLY B | #1 |

| Ord.Date 03/08/02 Exp.Date 03/14/02 | VANDIVERE, JAMES DOW 99078-011 | J. FERNAND (0)Refills |
| --- | --- | --- |
| | TAKE 2 TABLETS BY MOUTH TWICE DAILY | |
| Rx # 41063 | PHENAZOPYRIDINE HCL 100 MG TAB | #28 |

| Ord.Date 04/19/02 Exp.Date 05/18/02 | VANDIVERE, JAMES DOW 99078-011 | C. REYES (0)Refills |
| --- | --- | --- |
| | APPLY TO AFFECTED AREA TWICE DAILY | |
| Rx # 45120 | BACITRACIN/POLYMIXIN B OINT GM | #1 |

| Ord.Date 05/10/02 Exp.Date 07/08/02 | VANDIVERE, JAMES DOW 99078-011 | V. MALINGK (1)Refills |
| --- | --- | --- |
| | APPLY TO AFFECTED AREA TWICE DAILY | |
| Rx # 46570 | BETAMETHASONE VAL 0.1% LOT | #1 |

| Ord.Date 05/10/02 Exp.Date 06/08/02 | VANDIVERE, JAMES DOW 99078-011 | V. MALINGK (0)Refills |
| --- | --- | --- |
| | USE AS DIRECTED | |
| Rx # 46571 | COAL TAR SHAMPOO ML | |

| Ord.Date 06/12/02 Exp.Date 06/26/02 | VANDIVERE, JAMES DOW 99078-011 | J. FERNAND (0)Refills |
| --- | --- | --- |
| | TAKE ONE TABLET TWICE DAILY | |
| Rx # 48937 | | #30 |

| Ord.Date 06/18/02 Exp.Date 07/17/02 | VANDIVERE, JAMES DOW 99078-011 | C. REYES (0)Refills |
| --- | --- | --- |
| | TAKE 2 TEASPOONSFUL AFTER MEALS AND AT BEDTIME | |
| Rx # 49311 | BISMUTH SUBSAL 262MG/15ML SUSP | #1 |

| Ord.Date 07/19/02 Exp.Date 09/16/02 | VANDIVERE, JAMES DOW 99078-011 | A. CLAY (3)Refills |
| --- | --- | --- |
| | TAKE ONE TABLET TWICE DAILY | |
| Rx # 52318 | | #30 |

| Ord.Date 07/23/02 Exp.Date 09/20/02 | VANDIVERE, JAMES DOW 99078-011 | A. CLAY (1)Refills |
| --- | --- | --- |
| | USE AS DIRECTED | |
| Rx # 52532 | BISMUTH SUBSAL 262MG/15ML SUSP | #1 |

| Ord.Date 10/18/02 Exp.Date 11/16/02 | VANDIVERE, JAMES DOW 99078-011 | (0)Refills |
| --- | --- | --- |
| | TAKE TWO TABLETS EVERY SIX HOURS AS NEEDED | |
| Rx # 59516 | ASPIRIN, E.C. 325 MG TAB | #30 |

| | | |
|---|---|---|
| Ord.Date 08/19/02 | VANDIVERE, JAMES DOW<br>99078-011 | C. REYES<br>(0)Refills |
| Exp.Date 09/17/02 | APPLY TO AFFECTED AREA TWICE DAILY | |
| Rx # 54825 | BETAMETHASONE VAL 0.1% LOT | #1 |

| | | |
|---|---|---|
| Ord.Date 08/28/02 | VANDIVERE, JAMES DOW<br>99078-011 | J. FERNAND<br>(2)Refills |
| Exp.Date 11/25/02 | TAKE ONE TABLET TWICE DAILY WITH MEALS | |
| Rx # 55607 | ████████████ | #60 |

| | | |
|---|---|---|
| Ord.Date 09/18/02 | VANDIVERE, JAMES DOW<br>99078-011 | A. CLAY<br>(2)Refills |
| Exp.Date 10/02/02 | TAKE TWO TABLETS EVERY SIX HOURS | |
| Rx # 57175 | ASPIRIN E.C 325 MG TAB | #30 |

| | | |
|---|---|---|
| Ord.Date 11/04/02 | VANDIVERE, JAMES DOW<br>99078-011 | V. MALINGK<br>(0)Refills |
| Exp.Date 11/11/02 | TAKE ONE TABLET TWICE DAILY UNTIL<br>FINISHED | |
| Rx # 60777 | SULFAMETH/RTIMETH DS 800MG/160MG TAB | #14 |

| | | |
|---|---|---|
| Ord.Date 11/13/02 | VANDIVERE, JAMES DOW<br>99078-011 | A. CLAY<br>(0)Refills |
| Exp.Date 11/27/02 | TAKE TWO TABLETS EVERY 4 TO 6 HOURS AS<br>NEEDED | |
| Rx # 61418 | ASPIRIN, E.C. 325 MG TAB | #30 |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

7/19/02
0725

S: Continues to have heartburn, ran out of Rx

O: alert    NAD    ambulatory

abd: exam+eff deferred

SHU

A: dyspepsia

Plan  (1)  Ranitidine  150;  BID X 30 RX3

↑ Oral fluids → avoid irritants

RTC    PRN

April Clay, PA-C
A. CLAY PA-C

7-19-02
1230

| Ord.Date 07/19/02 Exp.Date 09/16/02 Rx # 52318 | VANDIVERE, JAMES DOW 99078-011 TAKE ONE TABLET TWICE DAILY | A. CLAY (3)Refills #30 |

RONALD S. WILSON, MD, CD

7/23/02
0710

S: Requesting Refill ; Peptobismol. Claims he does well with this regimen.

O: alert    NAD    ambulatory

SHU

RONALD S. WILSON, MD, CD

exam - deferred

A: dyspepsia

Plan  (1)  (?) Peptobismol  use AD#1  Rx 1

↑ Oral fluids ↓ do not sleep on full stomach · ↑ dietary fiber

April Clay, PA-C

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT A. CLAY, PA-C |
|---|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date, Rank; Birth Date & Grade.)*

VANDIVERE
99078-011

DOB 07/31/1948

FCI VICTORVILLE

FCI VICTORVILLE HEALTH SERVICES PO BOX 5400 ADELANTO, CA 92301

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7-23-02 CONT 1057 | Ord.Date 07/23/02  VANDIVERE, JAMES DOW  A. CLAY  99078-011  (1)Refills  Exp.Date 09/20/02  USE AS DIRECTED  Rx # 52532  BISMUTH SUBSAL 262MG/15ML SUSP  #1 |
| | RONALD S. WILSON, MD, CD |
| 8-19-02 0800 SHU | S: Requesting med. refill of skin lotion for legs and scaly rashes. Referred by current meds O: 54 y/o HM, alert, ambulatory PR-66  RR-16 Skin: exfoliations / flaky rashes on arms and scalp A: Dermatitis P: Betamethasone lotion 0.1% apply BID #1 ft. Avoid scratching rashes Hygiene rehygiene C. REYES, NP FCI VICTORVILLE |
| 8-19-02 1135 | Ord.Date 08/19/02  VANDIVERE, JAMES DOW  C. REYES  99078-011  (0)Refills  Exp.Date 09/17/02  APPLY TO AFFECTED AREA TWICE DAILY  Rx # 54825  BETAMETHASONE VAL 0.1% LOT  #1   RONALD S. WILSON, MD, CD |

FPI. LEX.   Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) **BACK**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8-28-02<br>11-28-02 | Ord.Date 08/28/02  VANDIVERE, JAMES DOW  J. FERNAND<br>99078-011  (2)Refills<br>Exp.Date 11/25/02  TAKE ONE TABLET TWICE DAILY WITH MEALS<br>Rx # 55607  #60<br>RONALD S. WILSON, MD, CD |
| 9/18/02<br>0655 | S, C/o  Occ.  HA  from stren  denies Trauma ; blurred vision<br>O: alert  NAD  ambulatory<br>VS = deferred<br>A:  HA  2° Stren<br>Plan  ① Aspirin EC 325g  π  Q 4-6° X 15 days  Rx/<br>avoid stren, ↓ Caffeine Intake<br>April Clay, PA-C<br>A. CLAY, PA C<br>FCI VICTORVILLE |
| 9-18-02<br>1443 | Ord.Date 09/18/02  VANDIVERE, JAMES DOW  A. CLAY<br>99078-011  (2)Refills<br>Exp.Date 10/02/02  TAKE TWO TABLETS EVERY SIX HOURS<br>Rx # 57175  ASPIRIN E.C 325 MG TAB  #60<br>RONALD S. WILSON, MD, CD |
| 10-18-02<br>0725<br>SHU | S: Requesting med refill of aspirin for headaches<br>also c/o nausea, vomiting nor dizziness.<br>PAIN SCALE<br>0 1 2 3 4 ⑤ 6 7 8 9<br>O: 54 y/o HM, alert, ambulatory not in any distress<br>BP- 116/68  PR- 70  RR-18<br>Heart & Lungs unremarkable<br>A: Severe Headache<br>P. EC-ASA 325 g  π̄ tabs q 6° PRN #30<br>Rt. med Relaxation<br>Healthy diet.<br>Inform HSU when Sx progress<br>C. REYES, MLP<br>FCI VICTORVILLE |

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

# GENERAL
### CHRONIC
### CARE CLINIC NOTE

Ø Smoker
Allergies: __

AUG 27 2002
0730

B.P. 110 /80 mmHg,
Temp.      F
Wt. 195.5 Lbs

S: 54 y/o ♂ ē hx of BPH s̄ symptoms
or ↑℞ @ flew tmc   no SOB clrut
per review fur chills @ this

O: fine
Head: ne
EENT: uul
Neck: no JVD edge
Heart: R Rh ē S₁ S₂ no pully
Lungs: Clew
Thorax: vesed equull
Abd: ① B nd prune
Ext: no eder
Skin: no pull cyeme jue
Rectal: Not exul
A:   1. BPH          ② Dyspepsia
     2. Post surgl (Hernia Repair) healed well.

**Significant Old Lab Values:**
Pain Scale: ( Ø ) of 0-10

**New Labs:**
Alk Phop ___ U/L
SGOT ___ U/L
SGPT ___ U/L

**Current Treatments:**
1.
2.
3.

P:
1. Patient orientation education and counseling on individual disease(s) completed on:
a. Diet Lwt ↓ Nat ↓ Fats ↓ cho g fler freuw ↓ swly g meals cepuleu
b.
2. Patient will be seen C.C.C. in 3 months time on NOV /27 2002 .
3. Zantac 150 ↑ po bid #60 volhx³ → ↑alrs ē meals
4. Requested extra juice or milk ē meals due to ↓
   — Fluid/inture also notified property often to refu
      juice/mix to fluew water ↑ ↑ intake
   — Remark fr CCC genl

*J. F. Fernandez M.D.*

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|

SPONSOR'S NAME
Vandivenel, James

PATIENT'S IDENTIFICATION (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)
99078-011

DOB 07/31/1948

FCI VICTORVILLE

FCI VICTORVILLE
HEALTH SERVICES
PO BOX 5400
ADELANTO, CA 92301

| SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|

| REGISTER NO. | WARD NO. |
|---|---|
| 99078-011 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6/12/02 11:15 con'd | Ord.Date 06/12/02  VANDIVERE, JAMES DOW    J. FERNAND  99075-011    (0)Refills  Exp.Date 06/26/02  TAKE ONE TABLET TWICE DAILY  Rx # 48937          #30    RONALD S. WILSON, MD, CD |
| 6/19/0V 0852 | > Admin Note:  Reviewed chart, Rx written on 6/11/0? — Ranitidine. Checked pharmacy Rx still on the pharmacy, advised to place Rx in STAT box to be delivered tonight.  B.R. NUNEZ, MLP |
| 6-18-02 0900 SHU | S: Requests Peptobismol for abdominal discomfort, claims responded well with this regimen  O: 53 y/o w/m, alert, ambulatory  PR-78    RR-18C  A: Dyspepsia  P: Peptobismol ᵗᵒ tsps pc & HS x1  H. — Dcs your meals  Low fat meals    C. Reyes |
| 6/18/02 1401 | Ord.Date 06/18/02  VANDIVERE, JAMES DOW    C. REYES  99078-011    (0)Refills  Exp.Date 07/17/02  TAKE 2 TEASPOONSFUL AFTER MEALS AND AT BEDTIME  Rx # 49311    BISMUTH SUBSAL 262MG/15ML SUSP    #1  JUN 20 2002  JAMES DAVID, MD  FCI VICTORVILLE |

NSN 7540-00-634-4176                                                              600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

# GENERAL
### CHRONIC
### CARE CLINIC NOTE

**JUN - 11 2002**

0830

B.P. 140 80 mmHg

Temp. 96.0 F

Wt. 191 Lbs

ATM

S: 53 y/o ♂ white male w/ hx of BPH and recent unbilical hernia repair. States he has a knot on his penile shaft. Also has thick area of discus tissue.

O Smoker   Allergies:

Significant Old Lab Values:
Pain Scale: (  ) of 0-10

New Labs:

Alk Phop _____ U/L
SGOT _____ U/L
SGPT _____ U/L

O:  Seen in  CCC

Head:  Atraum

EENT:

Neck:  no adenopathy

Heart:  regular rate & rhythm.

Lungs: Thorax: clear heath sounds.

Abd:  Soft. nontender ⊖ kidney punch.

Ext.  no edema.

Skin:  ? thickened.

Rectal:

GENITALIA: penile shaft w/ few palpable knot  possibly a vein nodule.

Current Treatments:
1.
2.

A:    1.  ⊕ BPH
      2.  S/P hernia repair

P:

1. Patient orientation education and counseling on individual disease(s) completed on:

a.  ↓fat + salt diet, exercise. 1 po. fluids in cell.
b.

2. Patient will be seen C.C.C. in 3 months time on **SEP - 11 2002** .

3.  Zantac 150mg 1 tab p.o. prn. #30
4.  Lab: will recheck / PSA if results not available.

061102

*Jaime C. David (signature)*
JAIME C. DAVID, MD

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

VANDIVERE, JAMES
99078-011

DOB 07/31/1948

FCI VICTORVILLE

| RECORDS MAINTAINED AT: | FCI VICTORVILLE | |
| --- | --- | --- |
| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| Vandivere, James | | M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART/SERVICE  SSN/IDENTIFICATION NO. | | DATE OF BIRTH |
| | 99078-011 | |

FCI VICTORVILLE
HEALTH SERVICES
PO BOX 5400
ADELANTO, CA 92301

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

A-6

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189    405-682-4075

**RX297743**  DR.GOFORTH           04/28/04
**VANDIVERE, JAMES  N*5E**
99078011                        99078-011
TAKE ONE TABLET TWICE A DAY

▬▬▬▬▬▬▬▬▬▬ # 14
RW   3   REFILL(S)      EXPIRES: 05/28/04

APR 2 8 2004

Tom F. Goforth, MD
FTC Oklahoma City, OK

Place medication label here.

Place medication label here.

Place medication label here.

Kent Officer, Rph
Federal Transfer Center, OK

## Medication Sheet--Health Services Unit

Federal Transfer Center
Oklahoma City, OK

Inmate Name:_____
Inmate Number:_____

**FC Oakdale, L**

| | |
|---|---|
| Ord.Date 08/26/03 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 11/23/03 | 99078-011  (5)Refills<br>TAKE ONE TABLET TWICE DAILY |
| Rx # 146085 | NAPADINE 100 MG TAB  #30 |

| | |
|---|---|
| Ord.Date 07/30/03 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 09/27/03 | 99078-011  (2)Refills<br>TAKE ONE TABLET BY MOUTH THREE<br>TIMES DAILY |
| Rx # 144561 | IBUPROFEN 400 MG TAB  #30 |

| | |
|---|---|
| Ord.Date 07/30/03 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 09/27/03 | 99078-011  (2)Refills<br>APPLY TO AFFECTED AREA TWO TIMES<br>A DAY |
| Rx # 144562 | CLOTRIMAZOLE 1% CRM  #1 |

| | |
|---|---|
| Ord.Date 06/04/03 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 09/01/03 | 99078-011  (5)Refills<br>TAKE ONE TABLET TWICE DAILY |
| Rx # 141057 | #30 |

| | |
|---|---|
| Ord.Date 03/05/03 | VANDIVERE, JAMES DOW  B. SHERWOOD |
| Exp.Date 04/03/03 | 99078-011  (0)Refills<br>USE ON LOWER FOR LEG EACH DAY<br>SPARINGLY |
| Rx # 135958 | BETAMETHASONE VAL 0.1% LOT  #1 |

| | |
|---|---|
| Ord.Date 03/05/03 | VANDIVERE, JAMES DOW  B. SHERWOOD |
| Exp.Date 06/02/03 | 99078-011  (5)Refills<br>TAKE ONE TABLET TWICE DAILY |
| Rx # 135959 | #30 |

| | |
|---|---|
| Ord.Date /13/03 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date /13/03 | 99078-011  (2)Refills<br>APPLY TO AFFECTED AREA TWO TIMES<br>A DAY |
| Rx # 3442 | TOLNAFTATE CREAM 1% GM  #1 |

| | |
|---|---|
| Ord.Date /13/03 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date /19/03 | 99078-011  (1)Refills<br>APPLY EVERY DAY FOR 5 DAYS, THEN<br>TWICE A WEEK |
| Rx # 3441 | PC-TAR SHAM  #1 |

| | |
|---|---|
| Ord.Date 12/11/02 | VANDIVERE, JAMES DOW  J. SIMON |
| Exp.Date 03/10/03 | 99078-011  (5)Refills<br>TAKE TWO TABLETS BY MOUTH EACH<br>EVENING AS NEEDED SINUS |
| Rx # 131766 | CHLORPHENIRAMINE 4 MG TAB  #30 |

| | |
|---|---|
| Ord.Date 12/11/02 | VANDIVERE, JAMES DOW  J. SIMON |
| Exp.Date 01/09/03 | 99078-011  (0)Refills<br>USE AS DIRECTED |
| Rx # 131765 | SELENIUM SULFIDE LOTION 2.5% ML  #1 |

| | |
|---|---|
| Ord.Date 12/04/02 | VANDIVERE, JAMES DOW  J. SIMON |
| Exp.Date 03/03/03 | 99078-011  (5)Refills<br>TAKE ONE TABLET TWICE DAILY |

| | |
|---|---|
| Ord.Date 09/30/03 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 11/28/03 | 99078-011  (1)Refills<br>APPLY AS DIRECTED  TWICE A WEEK |
| Rx # 148132 | PC-TAR SHAM  #1 |

| | |
|---|---|
| Ord.Date 11/21/03 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 01/19/04 | 99078-011  (2)Refills<br>TAKE ONE TABLET BY MOUTH THREE<br>TIMES DAILY FOR SINUS |
| Rx # 151217 | CHLORPHENIRAMINE 4 MG TAB  #30 |

| | |
|---|---|
| Ord.Date 11/21/03 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 02/18/04 | 99078-011  (5)Refills<br>TAKE ONE TABLET TWICE DAILY |
| Rx # 151216 | #30 |

| | |
|---|---|
| Ord.Date 01/14/04 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 02/22/04 | 99078-011  (2)Refills<br>TAKE ONE TABLET 3 TIMES A DAY AS<br>NEEDED |
| Rx # 153880 | IBUPROFEN 400 MG TAB  #30 |

| | |
|---|---|
| Ord.Date 01/27/04 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 04/25/04 | 99078-011  (2)Refills<br>APPLY TO AFFECTED AREA TWICE A<br>WEEK AS DIRECTED |
| Rx # 154557 | PC-TAR SHAM  #1 |

| | |
|---|---|
| Ord.Date 02/13/04 | VANDIVERE, JAMES DOW  B. SHERWOOD |
| Exp.Date 03/13/04 | 99078-011  (0)Refills<br>USE 3 TIMES A WEEK |
| Rx # 155481 | SELENIUM SULFIDE LOTION 2.5% ML  #1 |

| | |
|---|---|
| Ord.Date 02/20/04 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 05/19/04 | 99078-011  (5)Refills<br>TAKE ONE TABLET TWICE DAILY |
| Rx # 155800 | #30 |

| | |
|---|---|
| Ord.Date 03/03/04 | VANDIVERE, JAMES DOW  R. FRIAS |
| Exp.Date 04/01/04 | 99078-011  (0)Refills<br>CHEW AND SWALLOW 2 TABLETS BY<br>MOUTH THREE TIMES DAILY |
| Rx # 156359 | ALUM/MAG TRILSIL (FOAMICON) TAB  #100 |

PLACE LABEL HERE

PLACE LABEL HERE

PLACE LABEL HERE

PLACE LABEL HERE

PLACE LABEL HERE

A-8

FCI Three Rivers

# Health Services Pharmacy Medication Profile

Ord.Date 09/01/04
Exp.Date 09/30/04
Rx # 179758

VANDIVERE, JAMES DOW
99078-011
E. CABUSAO
(0)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY

(Given)

#60

9-3-04
For Shampoo
B.B X 60 d
Cabusao

Ord.Date 11/22/04
Exp.Date 11/26/04
Rx # 183274

VANDIVERE, JAMES DOW
99078-011
E. CABUSAO
(0)Refills
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED

IBUPROFEN 400 MG TABS          #15

9-3-04

T po bid x 30 d
Cabusao

Ord.Date 11/22/04
Exp.Date 12/01/04
Rx # 183273

VANDIVERE, JAMES DOW
99078-011
E. CABUSAO
(0)Refills
TAKE ONE CAPSULE BY MOUTH FOUR TIMES DAILY

CEPHALEXIN 500MG CAP          #40

Ord.Date 10/18/04
Exp.Date 11/16/04
Rx # 181802

VANDIVERE, JAMES DOW
99078-011
A. ZORRILLA
(0)Refills
APPLY TO THE AFFECTED AREA(S) TWICE DAILY

KETOCONAZOLE 2% CRE          #30

Ord.Date 12/21/04
Exp.Date 03/20/05
Rx # 184496

VANDIVERE, JAMES DOW
99078-011
E. CABUSAO
(2)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY

#60

Ord.Date 10/18/04
Exp.Date 10/24/04
Rx # 181801

VANDIVERE, JAMES DOW
99078-011
A. ZORRILLA
(0)Refills
TAKE ONE CAPSULE BY MOUTH FOUR TIMES DAILY

CEPHALEXIN 500MG CAP          #28

Ord.Date 12/21/04
Exp.Date 03/20/05
Rx # 184497

VANDIVERE, JAMES DOW
99078-011
E. CABUSAO
(1)Refills
USE TWICE A WEEK AS DIRECTED

COAL TAR 1% SHAM          #180

Ord.Date 10/21/04
Exp.Date 10/30/04
Rx # 182019

VANDIVERE, JAMES DOW
99078-011
E. CABUSAO
(0)Refills
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED WITH FOOD

IBUPROFEN 400 MG TABS          #30

Ord.Date 01/11/05
Exp.Date
Rx # 184740

VANDIVERE, JAMES DOW
99078-011
E. CABUSAO
(0)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY

#14

Ord.Date 11/02/04
Exp.Date 11/08/04
Rx # 182468

VANDIVERE, JAMES DOW
99078-011
M. NUNEZ
(0)Refills
TAKE ONE CAPSULE BY MOUTH FOUR TIMES DAILY

CEPHALEXIN 500MG CAP          #28

Ord.Date 11/02/04
Exp.Date 11/11/04
Rx # 182512

VANDIVERE, JAMES DOW
99078-011
M. NUNEZ
(0)Refills
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED

IBUPROFEN 400 MG TABS          #30

Ord.Date 11/15/04
Exp.Date 12/14/04
Rx # 182977

VANDIVERE, JAMES DOW
99078-011
A. ZORRILLA
(0)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY

#60

A-9

Ord.Date VANDIVERE, JAMES DOW      M. ENGLAND
06/21/04 99078-011                  (0)Refills
Exp.Date USE AS MASSAGE SMALL AMT INTO
07/20/04 SCALP FOR 5 MINUTES, RINSE EVERY
         2-3 DAYS AS DIRECTED
Rx #
54209    SELENIUM SULFIDE LOTION 2.5% ML   #120

Ord.Date VANDIVERE, JAMES DOW      M. ENGLAND
06/02/04 99078-011                  (0)Refills
Exp.Date APPLY TO AFFECTED AREA AS
06/16/04 DIRECTED EACH DAY AT BEDTIME
         ***** FOR EXTERNAL USE ONLY
Rx #     *****
53370    BETAMETHASONE VAL 0.1% LOT     #60

Ord.Date VANDIVERE, JAMES DOW      M. ENGLAND
06/01/04 99078-011                  (0)Refills
Exp.Date APPLY TO AFFECTED AREA AS
06/15/04 DIRECTED TWICE DAILY ***** FOR
         EXTERNAL USE ONLY *****
Rx #
53303    TOLNAFTATE CREAM 1% GM         #15

Ord.Date VANDIVERE, JAMES DOW      E. MCNERNEY
05/20/04 99078-011                  (3)Refills
Exp.Date TAKE ONE TABLET THREE TIMES
06/18/04 DAILY AS NEEDED ***** TAKE WITH
         FOOD/MILK *****
Rx #
52996    IBUPROFEN 400MG TAB            #21

Ord.Date VANDIVERE, JAMES DOW      E. MCNERNEY
05/20/04 99078-011                  (3)Refills
Exp.Date TAKE ONE TABLET THREE TIMES
06/18/04 DAILY AS NEEDED ***** MAY CAUSE
         DROWSINESS *****
Rx #
52995    CHLORPHENIRAMINE 4 MG TAB      #21

Ord.Date VANDIVERE, JAMES DOW      M. ENGLAND
05/13/04 99078-011                  (0)Refills
Exp.Date TAKE ONE TABLET EVERY SIX HOURS
05/22/04 AS NEEDED ***** MAY CAUSE
         DROWSINESS *****
Rx #
52770    CHLORPHENIRAMINE 4 MG TAB      #40

Ord.Date VANDIVERE, JAMES DOW      M. ENGLAND
05/13/04 99078-011                  (0)Refills
Exp.Date USE 2 DROPS AS DIRECTED IN
05/19/04 AFFECTED EAR(S) THREE TIMES
         DAILY
Rx #
52769    CARBAMIDE PEROXIDE 6.5% OTIC   #15

Ord.Date VANDIVERE, JAMES DOW      M. ENGLAND
05/13/04 99078-011                  (0)Refills
Exp.Date APPLY TO AFFECTED AREA AS
06/11/04 DIRECTED  EVERY 3 DAYS ***** FOR
         EXTERNAL USE ONLY ***** *****
Rx #     SHAKE WELL *****
52768    SELENIUM SULFIDE LOTION 2.5% ML   #120

Ord.Date VANDIVERE, JAMES DOW      S. ZEAVIN
05/03/04 99078-011                  (0)Refills
Exp.Date TAKE ONE TABLET EVERY EIGHT
05/09/04 HOURS AS NEEDED ***** TAKE WITH
         FOOD/MILK *****
Rx #
52346    IBUPROFEN 800 MG TAB           #20

Ord.Date VANDIVERE, JAMES DOW      S. ZEAVIN
05/03/04 99078-011                  (2)Refills
Exp.Date TAKE ONE TABLET TWICE DAILY
07/31/04
Rx #
52345                                #60

Ord.Date VANDIVERE, JAMES DOW      L. PETRASH
04/29/04 99078-011                  (1)Refills
Exp.Date TAKE ONE TABLET TWICE DAILY
05/28/04
Rx #
52208                                #30

Federal Correctional Institution
El Reno, Oklahoma, 73036

Ord.Date VANDIVERE, JAMES DOW      E. MCNERNEY
06/17/04 99078-011                  (0)Refills
Exp.Date TAKE TWO TABLETS EVERY 4-6 HOURS
06/26/04 AS NEEDED AS DIRECTED
Rx #
56530    ACETAMINOPHEN 325 MG TAB      #30

Ord.Date VANDIVERE, JAMES DOW      E. MCNERNEY
06/17/04 99078-011                  (0)Refills
Exp.Date TAKE ONE TABLET TWICE DAILY
07/01/04
Rx #
56529    SULFAMETH/TRIMETH DS 800MG/160MG TAB   #30

Ord.Date VANDIVERE, JAMES DOW      L. PETRASH
07/30/04 99078-011                  (7)Refills
Exp.Date TAKE ONE TABLET TWICE DAILY
09/27/04
Rx #
55821    RANITIDINE 150 MG TAB         #14

Ord.Date VANDIVERE, JAMES DOW      E. MCNERNEY
07/19/04 99078-011                  (0)Refills
Exp.Date TAKE ONE CAPSULE THREE TIMES
07/25/04 DAILY FOR 7 DAYS AS DIRECTED
Rx #
55271    CEPHALEXIN 500 MG CAP         #21

A-10

VANDIVERE,JAMES
Medications 03/09/2005 12:41

## ALLERGIES

| Allergy | Reaction: | Severity: |
|---|---|---|
| Comment | | |

NO KNOWN ALLERGIES
    N/A

## ACTIVE MEDICATIONS

ACETAMINOPHEN 325MG TABS     2 TABS ORAL(po) TID 02/24/2005 14:30 #180
    *Special Instructions:      KOP 30 D 2 RF  EXP 5/24/05*
COAL TAR SHAMPOO 1% SHAMPOO     1 APPLICS TOPICALLY AS DIRECTE 03/09/2005 12:40 #30
    *Special Instructions:      X 30 DAYS, REF X 2, EXP 06-09-2005*
HYDROCORTISONE 1% 1% CREAM(GM)     1 APPLICS TOPICALLY BID 03/09/2005 12:41 #60
    *Special Instructions:      X 30 DAYS, REF X 2, EXP 06-09-2005*
███████████████████ 1 TABS ORAL(po) QD 02/17/2005 07:52 #30
    *Special Instructions:      X 30 DAYS, REF X 2, EXP 05-17-2005 KOP*

[1]

VANDIVERE,JAMES
Medications 08/16/2005 23:24

*A - 11*

### ALLERGIES

| Allergy | | Reaction: | Severity: |
|---|---|---|---|
| Comment | | | |

NO KNOWN ALLERGIES
    N/A

### ACTIVE MEDICATIONS

HYDROCORTISONE 1% 1% CREAM(GM)     1 APPLICS TOPICALLY BID 08/08/2005 08:50 #60
    *Special Instructions:*          X 30 DAYS, REF X 5, EXP 02-08-2006
    ~~████████████TABS~~  1 TABS ORAL(po) BID 07/11/2005 13:19 #60
    *Special Instructions:*          X 30 DAYS, REF X 5, EXP 01-11-2006

VANDIVERE
JAMES

99078-011

DOB 07/31/1948
FCC-BEAUMONT -MED

A-12

| # | Entry | # | Entry |
|---|-------|---|-------|
| 1 | Ord.Date VANDIVERE, JAMES DOW    J. BERRIOS<br>11/09/05 99078-011         (4)Refills<br>Exp.Date TAKE ONE TABLET EACH DAY AS<br>12/08/05 NEEDED<br>Rx #<br>3521                    #7 | 10 | Ord.Date VANDIVERE, JAMES DOW    H. HANSEN<br>03/23/06 99078-011         (2)Refills<br>Exp.Date APPLY TO AFFECTED AREA(S) AS<br>06/20/06 DIRECTED THREE TIMES A WEEK<br>Rx #<br>9087    COAL TAR SHAMPOO 1% ML         #1 |
| 2 | Ord.Date VANDIVERE, JAMES DOW    J. BERRIOS<br>11/09/05 99078-011         (0)Refills<br>Exp.Date USE NASALLY 1 SPRAY TWICE DAILY<br>12/08/05 IN EACH NOSTRILS<br>Rx #<br>3522    SODIUM CHLORIDE NASAL 0.65% ML #1 | 11 | Ord.Date VANDIVERE, JAMES DOW    L. BERRIOS<br>03/28/06 99078-011         (0)Refills<br>Exp.Date APPLY TO AFFECTED AREA(S)<br>04/26/06 SPARINGLY AS NEEDED AS DIRECTED<br>Rx #<br>9265    BACITRACIN/POLY B UD OINT       #1 |
| 3 | Ord.Date VANDIVERE, JAMES DOW    L. BERRIOS<br>12/19/05 99078-011         (0)Refills<br>Exp.Date USE NASALLY 1 SPRAY TWICE DAILY<br>01/17/06 IN EACH NOSTRILS AS NEEDED<br>Rx #<br>5327    SODIUM CHLORIDE NASAL 0.65% ML #1 | 12 | Ord.Date VANDIVERE, JAMES DOW    H. HANSEN<br>04/12/06 99078-011         (1)Refills<br>Exp.Date TAKE ONE TABLET AT BEDTIME<br>05/11/06<br>Rx #<br>9820    DOXAZOSIN 1 MG TAB            #14 |
| 4 | Ord.Date VANDIVERE, JAMES DOW    J. ARTACHO<br>12/21/05 99078-011         (1)Refills<br>Exp.Date TAKE ONE TABLET TWICE DAILY<br>02/18/06<br>Rx #<br>5466                    #14 | 13 | Ord.Date VANDIVERE, JAMES DOW    L. BERRIOS<br>04/12/06 99078-011         (1)Refills<br>Exp.Date TAKE ONE TABLET TWICE DAILY WITH<br>06/10/06 FOOD AS NEEDED FOR PAIN RELIEF<br>Rx #<br>9821    NAPROXEN 500 MG TAB          #14 |
| 5 | Ord.Date VANDIVERE, JAMES DOW    J. ARTACHO<br>01/13/06 99078-011         (0)Refills<br>Exp.Date TAKE 2 CAPSULES AT ONSET MAY<br>02/11/06 TAKE 1 CAPSULE AFTER EACH LOOSE<br>STOOL.  DO NOT EXCEED 8 CAPSULES<br>IN 24 HOURS<br>Rx #<br>6022    LOPERAMIDE 2 MG CAP            #6 | 14 | Ord.Date VANDIVERE, JAMES DOW    H. HANSEN<br>05/05/06 99078-011         (3)Refills<br>Exp.Date TAKE ONE CAPSULE EACH DAY WITH<br>08/02/06 FOOD AS NEEDED FOR PAIN<br>Rx #<br>10579    PIROXICAM 20 MG CAP           #7 |
| 6 | Ord.Date VANDIVERE, JAMES DOW    J. ARTACHO<br>01/26/06 99078-011         (0)Refills<br>Exp.Date MASSAGE SMALL AMT INTO SCALP FOR<br>02/24/06 5 MINUTES, RINSE EACH DAY<br>Rx #<br>6453    COAL TAR SHAMPOO 0.5% ML        #1 | 15 | Ord.Date VANDIVERE, JAMES DOW    H. HANSEN<br>07/17/06 99078-011         (3)Refills<br>Exp.Date TAKE ONE TABLET BY MOUTH AT<br>08/15/06 BEDTIME<br>Rx #<br>13633    DOXAZOSIN 1 MG TAB          #14 |
| 7 | Ord.Date VANDIVERE, JAMES DOW    H. HANSEN<br>02/13/06 99078-011         (0)Refills<br>Exp.Date TAKE TWO TABLETS THREE TIMES<br>03/14/06 DAILY AS NEEDED FOR PAIN RELIEF<br>/FEVER<br>Rx #<br>7244    ACETAMINOPHEN 325 MG TAB      #30 | 16 | Ord.Date VANDIVERE, JAMES DOW    L. BERRIOS<br>07/17/06 99078-011         (3)Refills<br>Exp.Date TAKE ONE CAPSULE EACH DAY WITH<br>08/15/06 FOOD AS NEEDED FOR PAIN RELIEF<br>Rx #<br>13634    PIROXICAM 20 MG CAP         #14 |
| 8 | Ord.Date VANDIVERE, JAMES DOW    L. BERRIOS<br>03/08/06 99078-011         (0)Refills<br>Exp.Date APPLY TO AFFECTED AREA(S)<br>04/06/06 SPARINGLY TWICE DAILY<br>Rx #<br>8477    CLOTRIMAZOLE CREAM 30GM 1%     #1 | 17 | |
| 9 | Ord.Date VANDIVERE, JAMES DOW    H. HANSEN<br>03/23/06 99078-011         (2)Refills<br>Exp.Date TAKE TWO TABLETS THREE TIMES<br>06/20/06 DAILY AS NEEDED FOR PAIN RELIEF<br>Rx #<br>9086    ACETAMINOPHEN 325 MG TAB      #30 | 18 | |

PATIENT & REG:

VANDIVERE, JAMES DOW
99078-011
FCI BENNETTSVILLE - Z02-122U
10/02/2005

FCI BENNETTSVILLE, SC
# MEDICATION LOG



VANDIVERE,JAMES
Medications 08/08/2005 08:51

$A$-/3

## ALLERGIES

| Allergy | | Reaction: | Severity: |
|---|---|---|---|
| | Comment | | |

NO KNOWN ALLERGIES
        N/A

## ACTIVE MEDICATIONS

$Cu$ HYDROCORTISONE 1% 1% CREAM(GM)      1 APPLICS TOPICALLY BID 08/08/2005 08:50 #60
        *Special Instructions:*      *X 30 DAYS, REF X 5, EXP 02-08-2006*
        ▓▓▓▓▓▓▓▓▓▓▓▓▓ TABS ORAL(po) BID 07/11/2005 13:19 #60
        *Special Instructions:*      *X 30 DAYS, REF X 5, EXP 01-11-2006*

VANDIVERE
JAMES

99078-011

DOB   07/31/1948
FCC-BEAUMONT -MED

[1]

**EXHIBIT 'B'**

B-1

# MEDICATION ADMINISTRATION RECORD

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/2005 | | 5-Jan | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAILY | DAILY | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 30 DAYS 2 R | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| scontinue | DAILY | 5-Feb | AM | | | | | | | | | B | B | | | B | | | | | | | | | | | | | | | | | | |
| | | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 30 DAYS 2 R | | PM | | | | | | | | | B B | | | B | | | | | | | | | | | | | | | | | | | |
| | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5-Mar | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | DAILY | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 30 DAYS 2 R | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5-Apr | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | DAILY | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/30/2005 | 30 DAYS 2 R | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date and Time of Refusals | Code | Comments |
|---|---|---|
| | | |
| | | |
| | | |

**NAME**   VANDIVERE, JAMES

**REG#**   99078-011

**DOB**   7/31/1948

**PROVIDER:**   BEHRNS, MD

FCC-BEAUMONT-MEDIUM
P.O. BOX 26035
BEAUMONT, TEXAS 77720

**ALLERGIES:**   NKDA

Refusals
B - Behavior
VR - Verbal Refusal
MNA - Medication Not Available

B-2

# MEDICATION ADMINISTRATION RECORD

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2005 | RANITIDINE | 5-Jan | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 14 DAYS | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5-Feb | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/10/2005 | 14 DAYS | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date and Time of Refusals | Code | Comments |
|---|---|---|
| | | |
| | | |
| | | |

**NAME**   VANDIVERE, JAMES          **ALLERGIES:**     **NKDA**

**REG#**   99078-011

**DOB**    7/31/1948

**PROVIDER:**  WALTON, DO

**FCC-BEAUMONT-MEDIUM**
**P.O. BOX 26035**
**BEAUMONT, TEXAS 77720**

Refusals
B - Behavior
VR - Verbal Refusal
MNA - Medication Not Available

B-3

# MEDICATION ADMINISTRATION RECORD

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/17/2005 | | 5-Feb | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | DAILY, KOP | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | X 30 DAYS, REF X 2 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5-Mar | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | DAILY, KOP | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | X 30 DAYS, REF X 2 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5-Apr | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | DAILY, KOP | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | X 30 DAYS, REF X 2 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5-May | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | DAILY, KOP | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/17/2005 | X 30 DAYS, REF X 2 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date and Time of Refusals | Code | Comments |
|---|---|---|
| | | |
| | | |
| | | |

**NAME** VANDIVERE, JAMES

**REG#** 99078-011

**DOB** 7/31/1948

**PROVIDER:** DOMINGUEZ, M.D.

**ALLERGIES:** NKDA

FCC-BEAUMONT-MEDIUM
P.O. BOX 26035
BEAUMONT, TEXAS 77720

Refusals
B - Behavior
VR - Verbal Refusal
MNA - Medication Not Available

B-4

# MEDICATION ADMINISTRATION RECORD

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/2005 | | JUL | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | X 30 DAYS, REF X 5 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Effective Date | Medication | AUG | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | X 30 DAYS, REF X 5 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Effective Date | Medication | SEP | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | X 30 DAYS, REF X 5 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Effective Date | Medication | OCT | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | X 30 DAYS, REF X 5 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date and Time of Refusals | Code | Comments |
|---|---|---|
| | | |
| | | |
| | | |

**Name** VANDIVERE, JAMES

**Reg #** 99078-011

**DOB** 7/31/1948

**Provider** ONUORA, PAC

**ALLERGIES:**   **NKDA**

FCC Medium
P.O. Box 26045
Beaumont, TX 77720

Refusals
B - Behavior
VR - Verbal Refusal
MNA - Medication Not Available

B-5

## MEDICATION ADMINISTRATION RECORD

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/2005 | | 5-Apr | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 ONE TAB BID | | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 30 DAYS 2 RF | | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Effective Date | | 5-May | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ONE TAB BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 30 DAYS 2 RF | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Effective Date | | 5-Jun | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | ONE TAB BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 30 DAYS 2 RF | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Effective Date | | 5-Jul | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | ONE TAB BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/7/2005 | 30 DAYS 2 RF | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date and Time of Refusals | Code | Comments |
|---|---|---|
| | | |
| | | |
| | | |

**NAME**  VANDIVERE, JAMES

**REG#**  99078-011

**DOB**  7/31/1948

**PROVIDER:**  AGRICOLA NP

**FCC-BEAUMONT-MEDIUM**
**P.O. BOX 26035**
**BEAUMONT, TEXAS 77720**

**ALLERGIES:**   **NKDA**       SHU

Refusals
B - Behavior
VR - Verbal Refusal
MNA - Medication Not Available

# MEDICATION ADMINISTRATION RECORD

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5-Nov | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | X 30 DAYS, REF X 5 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5-Dec | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | X 30 DAYS, REF X 5 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6-Jan | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | BID | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/11/2006 | X 30 DAYS, REF X 5 | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Date | Medication | Month | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | Noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date and Time of Refusals | Code | Comments |
|---|---|---|
| | | |
| | | |
| | | |

**Name** VANDIVERE, JAMES        **ALLERGIES:**    NKDA
**Reg #** 99078-011
**DOB** 7/31/1948
**Provider** ONUORA, PAC

FCC Medium
P.O. Box 26045
Beaumont, TX 77720

Refusals
B - Behavior
VR - Verbal Refusal
MNA - Medication Not Available

**EXHIBIT 'C'**

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 11 19 02 | S — Hx of GERD, labs Zantac. |
| 0820 | O — no exam — |
| 5x | A — Gerd |
| | P — Rx ▮▮▮▮▮▮▮▮▮▮ BID X 60 D |
| | ← G. BARBY, PA |
| | FTC OKLA. CITY, OK |
| | Kent Officer, Rph |
| | Federal Transfer Center, OK |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

Vandivere, James
99078 — 011

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

FTC Oklahoma City, OK

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |

**STANDARD FORM 600** (REV. 6-97) **BACK**

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

**RECEIVED AT FCI, OAKDALE, LOUISIANA, ON THIS DATE.**

11/26/08
1720

**HISTORY OF:** TB ⊖   LICE ⊖   SUICIDAL IDEATIONS ⊖

SYPHILIS ⊖   CHRONIC COUGH ⊖   ALLERGY TO MEDS ⊖

NIGHT SWEATS ⊖   HEPATITIS ⊖   HOMOSEXUAL CONTACTS ⊖

**CURRENT MEDICATIONS:** None

Patient voiced no complaints at this time

L. DANIELS, PHYSICIAN ASSISTANT
FDC OAKDALE

S: GI C/O's (Heart Burn
C/O Knot of penis

O: 120/76 P ___ 203 #'s (pocket
lungs clear ___ Heart NSR s ___
small Nodule shaft of penis on @

A. Heart Burning
? Peyronies disease

JANA ENLOE, R Ph
FCI, OAKDALE, LA

REVIEWED FCI OAKDALE, LA
DEC 04 2002
JAMES R. SIMON, M.D.

PATIENT EDUCATION
HANDOUT
VERBAL

JANA ENLOE, R Ph
FCI, OAKDALE, LA

Date  S: C/O Scalp / Nasal congestion
O: NAD  Some scaliness of Scalp (ENT)
A: Seb. dermatitis / allergic rhinitis
P: (1) Selsun + Bottle (2) CTM 8mg QPM PRN  x G.o.

JANA ENLOE, R Ph
FCI, OAKDALE, LA

| HOSPITAL OR MEDICAL FACILITY  FCI, OAKDALE, LOUISIANA | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO: | RELATIONSHIP TO SPONSOR | |

REVIEWED FCI OAKDALE, LA
DEC 11 2002
JAMES R. SIMON, M.D.

PATIENT'S IDENTIFICATION: *(For typed or written entries give: Name—last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

VANDIVERE
JAMES DOW          99078-011
W/M/O/07-31-1948       N/A
HT/511   WT/165   HR/BN   EY/HL
CUSTODY/IN

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 12-11-02 1700 | 58 Pt sent from unit. Pt c/o coughing and feeling like something "tore" in his abdomen. Pt had umbilical hernia repair about 8-9 months ago. 08 Pt presented with a large bulge "Knot" above belly button. Pt states alot of pain throbbing. /P 65  BP 152/84  RR 8  T 98.6° A: Abdominal Pain. P: Consulted c̄ P.A. Frias prior to examining inmate. P.A. Frias stated he would not see the inmate or evaluate him. P.A. Frias then exited the facility. Notified R. Gram AHSA. She advised she would have him return to the institution. |
| 1733 | P.A. Frias called advised he would be in in about 15-20 minutes to evaluate the inmate.   Richard J Chaism, EMT R. CHAISSON EMT FCI OAKDALE, LA |

FPI. LEX.  Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3-4-03 | S: pt c/o possible recurrent umbilical hernia, pt reg & circulation, itchy legs |
| 1200 | states 2 mos hx on the new hernia / c/o itchy legs |
| | O: left of naval, 2-3 cm firm non-reducible |
| | lump, not well identified, possibly scar |
| | tissue from previous surgery |
| | A: R/O hernia / dermatitis / scaly seborrheic dermatitis |
| | P: referral to M.D., exam done |
| | (T) Phetamethasone lotion, use on lower leg QD |
| | x 30d #1 |
| Rx 3-5-03 | pt has coal tar shampoo for seborrheic dermatitis |
| JANA ENICKE, RPH FCI, OAKDALE, LA | med allowance, no surgical need at this time |
| | Continue hernia belt, lower out |
| | [redacted] ; [illegible] x 90d B Sherwood |
| CARDIAC DIABETIC ENDO/LIPID | GASTRO GENERAL HYPERTENSION INFECT. DISEASE MENTAL HEALTH NEUROLOGY ORTHO/RHEUM PULMONARY |
| | CARDIAC DIABETIC ENDO/LIPID GASTRO GENERAL HYPERTENSION INFECT. DISEASE MENTAL HEALTH NEUROLOGY ORTHO/RHEUM PULMONARY |
| 6/03/03 | |
| 1200 | S: [illegible] for F/U appt. H c/o of knot |
| | on upper back ⊙ 5-7 years of evolution after 20 years of [illegible] |
| | O: T 98.5 P 72 BP 130/80 R 20 [illegible] wt: 163 lbs c/o upper back |
| | mobile mass, knot [illegible] @ [illegible] of [illegible]. I can |
| | squeeze and get sebaceous material (+). Abdomen: [illegible] |
| | A: GERD by Hx. Chronic acne (sebaceous cyst) H: pylori negative 12/02 |
| | P: 1 Zantac [illegible] bid x 90 days |
| | Educ to med [illegible] understood |
| Rx 6-3-03 JANA E[illegible] RPH FCI, [illegible] | JOEL D. ALEXANDRE, M.D. CLINICAL DIRECTOR FCI/FDC OAKDALE, LA — R. FRIAS, PA FCI OAKDALE, LA |

FPI. LEX. Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | | |
|---|---|---|---|---|
| **DATE** | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* | | | |

**01/07/03**
**1300**

CARDIAC   GASTRO   ~~INFECT. DISEASE~~   ORTHO/RHEUM
~~DIABETIC~~   ~~GENERAL~~   ~~MENTAL HEALTH~~   PULMONARY
ENDO/LIPID   HYPERTENSION   NEUROLOGY

S: *[illegible handwritten text]* conar for F/U Appt. H/ of DNS
sure 02/09/01. Inmate claims he never was notified
that was on 2001.

O: T 98.5  P: 72  B.P. 125/80  R: 20  PAin 00/10

A: DNS by Pt.

A: 1. To be tested again. RN notified (Mr. Adams.)
Encg. to F/U in 2 days *[illegible]*

*[signature]*  JOEL D. ALEXANDRE, M.D.
CLINICAL DIRECTOR
FCI/FDC OAKDALE, LA.
R. FRIAS, PA
FCI OAKDALE, LA

**01/13/03**
**0800**

S: Pt Pt c/o of scalp lesion + post op *[illegible]* on sk

O: T 98.5  P: 72  BP: 130/80  R: 20  PAin 00/10  SCALP FLAKES
*[illegible]*, on scalp.

JANA ENICKE, NPH

A: Seborrhic Dermatitis - Tinea *[illegible]*

1. Ocean Tar Shampoo Apply for 5 consecutive days then
twice a week # 1 refill x 0

2. Triamcinolone cream 4AA Bid # 1 refill x 2

*[illegible]*

JOEL D. ALEXANDRE, M.D.
CLINICAL DIRECTOR
FCI/FDC OAKDALE, LA.
R. FRIAS PA
FCI OAKDALE, LA

PATIENT EDUCATION
HANDOUT ✓
VERBAL ✓
Signature F1305  Date

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FEDERAL CORRECTIONAL INSTITUTION | | | |
| SPONSOR'S NAME: *Oakdale, LA. 71463-5050* | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*  REGISTER NO.  WARD NO.

VANDIVERE
  JAMES DOW     99078-011
W/M/O/07-31-1948    N/A
HT/511  WT/165  HR/BN  EY/HL
CUSTODY/IN

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

**8/26/03**
**1200**

CARDIAC   GASTRO   INFECT. DISEASE   ORTHO/RHEUM
DIABETIC   GENERAL   MENTAL HEALTH   PULMONARY
ENDO/LIPID   HYPERTENSION   NEUROLOGY

S: *[illegible]* that *[illegible]* for F/U appt. Reports doing *[illegible]*

O: wt: 192 P: 72 BP: 130/80 T 98.0 R:16 Pain 00/0 · Abdomen *[illegible]*

*[illegible]*, *[illegible]* in all *[illegible]*.

A: GERD by Hx

*[redacted]* BID × 90 days

*[illegible]* to *[illegible]* to avoid milk + uncook *[illegible]*.

(Understood)

JANA ENICKE, RPH
FCI, OAKDALE, LA

JOEL D. ALEXANDRE, M.D.
CLINICAL DIRECTOR
FCI/FDC OAKDALE, LA

R. FRIAS PA
FCI OAKDALE, LA

---

**9/10/03**
**11:00 pm**

See injury assessment report.

C. SONNIER, R.N.
FCC OAKDALE, LA

---

**9/30/03**
**1440**

S: *[illegible]* request on refill of Rx.

O: SHU *[illegible]*

A: *[illegible]*

P: *[illegible]*

*[illegible]* refilled dosage Understood

JANA ENICKE, RPH
CI, OAKDALE, LA

R. FRIAS PA
FCI OAKDALE, LA

---

**11/21/03**
**1200**

CARDIAC   GASTRO   INFECT. DISEASE   ORTHO/RHEUM
DIABETIC   GENERAL   MENTAL HEALTH   PULMONARY
ENDO/LIPID   HYPERTENSION   NEUROLOGY

S: *[illegible]* in FU appt. Pt report sinus allergy.

O: wt. 194 P. 72 BP. 100/80 T. 98.4 R:16 Pain 00/0 Abdomen *[illegible]*

A: GERD. - Rhinitis

*[redacted]* 10 Bid × 90 days,

E: refilled dosage, Understood

P: CTM 1 *[illegible]* PO *[illegible]* #30 Refx ②

JANA ENICKE, RPH
FCI, OAKDALE, LA

R. FRIAS PA
FCI OAKDALE, LA

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**7/30/03**
**0900**

S: Has c/o of Hackle skin lesion on right thigh Also
As per Custody removed his Abdominal binder from his
locker yesterday.

O: T 98.9 P 72 BP 125/80 R 20 Rm 03/10 /Abdomen: Ventilhora
on Abdominal binder palpable. Lt ankle Flat area essentially
nycotic lesion on foot noticed. There is a umbilican herma present
A: Abdominal hernia - Ankle pain - Tinea pedis. Good hith
P: 1. Motrin 800mg No.tab #30 cap R per day.

[signature]
2. Mycelex cream # App Bid # 1 refx R
E-Nogts take meds. Effex food and after with mong Undarstoo

JANA ENICKE, RPh3
FCI, OAKDALE, LA
XL Abdominal Suppor on binder given again today #1
Advised to wear all the time. Understood

JOEL D. [illegible] E [illegible]
CLINICAL [illegible]
FCI/FDC OAKDALE, LA

[signature]

R. FRIAS PA
FCI OAKDALE LA

**8-15-03**
**0900**

HBV #3 ingiction given S deficulty

[signature]
Kerstin Adams
Registered Nurse
FCI/FDC Oakdale, LA

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| **FCI OAKDALE** | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

VANDIVERE
  JAMES DOW              99078-011
W/M/O/07-31-1948         N/A
HT/511   WT/165   HR/BN   EY/HL
CUSTODY/IN

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

BP-S659.060 **MEDICAL SUMMARY F FEDERAL PRISONER/ALIEN TRANSIT** CDFRM
MAR 99
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TB Clearance Yes ___ No ___ | | |
|---|---|---|
| 1. PPD Completed: 01/08/00 Date | Name Vandivere, James | Prisoner/Alien Reg.# 99078-011 | D.O.B. __/__/__ |
| Results: 0x0 mm | Departed From FCI Oakdale | Date Departed 04-26-04 4/27/04 | |
| 2. CXR Completed: N/A Date | Destination Transfer -ERE | Reason for Transfer Non-Medical | |
| Results: | Dist. Name | Dist.# | Date in Custody __/__/__ |
| 3. Health Authority Clearance: | | | |
| Sign 4/26/00 Date | Current 1. ___ | | |
| Note: Dates listed above must be within one year of this transfer. | Medical 2. ___ 5. ___ | | |
| | Problems 3. ___ 6. ___ | | |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | TAKE 1 TAB ORAL AT 7:00AM & 7:00PM | (30) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes ___ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ✓ No | If yes, what equipment? |
| Sign and Print Name — Certifying Health Authority John W. Stone, HSA | Phone Number (318) 335-4070 | Date Signed 4/26/04 |

Record copy – Transporting Officer; Copy – Health Record (Top page Position one); Copy – Transferring Institution

This form may be replicated via WP)                    **SIMILAR TO (USM 553)**

Ord.Date CONVERSE, JAMES DOW    S. VILLALON
04/26/04  99078-011              0 Refills
Exp.Date  TAKE ONE TABLET BY MOUTH TWICE
05/25/04  DAILY AT 7AM AND 7PM

Rx #                              #14
159173    RANITIDINE 150 MG TAB

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/28/04 | **INTAKE SCREENING** |
| 1120 | (Circle one): NEW  ~~TRANSFER~~  WRIT RETURN  PAROLE VIOLATOR |
| | CARE LEVEL:  LEVEL 1  LEVEL 2  LEVEL 3  LEVEL 4 |
| SHU | LAST PPD: 1/8/04  RESULT: 0 mm  DUE FOR ANNUAL PPD? Y  N  1/05 |
| | IF PPD POSITIVE: INH TREATMENT DOCUMENTED?  Y  N |
| | DATE OF MOST RECENT CXR:_____  (Please order CXR if over one year) |
| | ALLERGIES:  NKDA |
| | ***PAIN MANAGEMENT*** |
| | DO YOU SUFFER CHRONIC PAIN?  YES  NO  TYPE: |
| | CURRENTLY TAKING ANY MEDS FOR PAIN?  YES  NO  TYPE: |
| | PAIN LEVEL:  0  1  2  3  4  5  6  7  8  9  10 |
| | ***DENTAL EXAM*** |
| | ARE YOU SUFFERING FROM ANY DENTAL PAIN NOW?  YES  NO |
| | INTAKE DENTAL EXAM:  ANY OBVIOUS DENTAL PATHOLOGY?  YES  NO |
| | CURRENT MAJOR Dx/CHRONC ILLNESSES: (Update Problem List) |
| | GERD |
| | Umbilical Hernia |
| | CURRENT MEDICATIONS:  ███████ take one tablet twice daily |
| | L. Petrash, P.A.-C. |
| | FCI, El Reno, OK |
| | SIGNATURE:  V. Bartmess, R.N. |
| | FCI, El Reno, OK |

| HOS | VANDIVERE |  |
|---|---|---|
| | JAMES DOW | 99078-011 |
| SPO | W/M/O/07-31-1948 | |
| | HT/511  WT/165  HR/BN  EY/HL | |
| PATI | CUSTODY/IN | |

| DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|
| RELATIONSHIP TO SPONSOR | |
| ID No or SSN; Sex;  REGISTER NO. | WARD NO. |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Federal Correctional Institution
El Reno, Oklahoma, 73036

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/28/04 1120 | (INTAKE SCREENING CONT.) HX OF: HEPATITIS B OR HEPATITIS C?   Y  (N)      IMMUNIZED FOR HEP B?  Y  N    2003 @FCJ Oakdale was on blood/STI crew per I/M |
|  | HIGH RISK FOR HIV?  Y  (N)        HX OF CHICKEN POX?  (Y)  N |
|  | LICE INFESTATION?  Y  (N) |
|  | SUICIDE ATTEMPTS?  Y  (N)      CURRENT SUICIDAL IDEATIONS? Y  (N) |
|  | REFERRAL TO PSYCHOLOGY?  Y  (N) |
|  | DATE OF LAST PHYSICAL EXAM:        LAST TETANUS: |
|  | ANNUAL/BIENNIAL PHYSICAL EXAM POLICY EXPLAINED?  (Y)  N |
|  | PATIENT EDUCATION:        SICK CALL EXPLAINED?  (Y)  N |
|  | FOR TRANSFERS, ARE THE FOLLOWING IN THE MEDICAL RECORD: RPR:  (Y) N 10/99 NR  CBC:  (Y) N 11/95  URINALYSIS: (Y) N 1/16/04 |
|  | SIGNATURE:  V. Bartmess, R.N. FCI, El Reno, OK |
| DATE: 5-6-04 17:00 | ****************************************************************** COMPLETED BY PHYSICIAN ONLY: EKG:      NOT INDICATED |
|  | ADD TO CHRONIC CARE CLINIC:  YES  (NO)  CLINIC(S): |
|  | ADDITIONAL ORDERS: Regular duty no medical restrictions |
|  | PRIOR RECORD REVIEWED:  YES  NO  (N/A) |
|  | SIGNATURE:  B. MATCHER, M.D. FCI, El Reno, OK |
| DATE: 5/11/04 0820 | ****************************************************************** RECEIVED/REVIEWED BY MEDICAL RECORDS STAFF: PPD:   NEG   POS   CXR/ORDERED   PPD GIVEN/RESULTS PENDING |
|  | PHYSICAL   CBC   UA   RPR   DENTAL   ALL COMPLETED  (CIRCLE WHAT IS NEEDED) |
|  | TETANUS:   YES   NO   DATE: |
|  | SENTRY COMPLETED?  (YES)   NO |
|  | SIGNATURE:  A. WHITTLE, MRT FCI, El Reno, OK ****************************************************************** |

right foot

1120

left foot

Musculoskeletal - __X__ ROM __X__no masses __X__no deformity __ other

Neuro - __X__cranial nerves intact __X__ DTRs WNL __X__ motor and sensation intact __ other

Skin - __X__WNL __ other — *No Rash*

A: GERD

Viral Flu Syndrome

P: __EKG__ CXR__ PPD__ PEAK FLOW__ HIV__ LIPID PROFILE__ UA__ CMP__ CBC__ HBA1C_

FINGERSTICK BS__ PT__ PTT__ RPR__ FTA or MHA__ HEP PANEL (A,B, & C)__ LFTS_

HIV VIRAL LOAD__ GD4__ PSA__ HEP C (qual)__ HEP C (quant.)__

__Toxoplamsa IgG DRUG LEVELS (specify)_____

Drink Fluids
Plenty
Rest

SPECIALTY CONSULTATION: __Optometry __Dietician ____ Psychology __Other

Plenty Rest / Fluids

Current Medications:

← If Flu like Sx persot/worsen or No better 2-3 days then RTC for further eval.

Educated on Plenty Rest / Fluids

Comprehension? __X__Yes ___No

Provider: ZEAVIN

_____ ____ + PO bid

Humibed DM + PO bid X 7 week (Non. Formulary)

Ibuprofen 400mg + PO q 8° PRN # 20 X 7 week

PAIN MANAGEMENT EDUC _____
PATIENT EDUCATION TOPIC __Discussed compliance, diet, exercise, labs, x-rays, options, f/up, tobacco cessation, skin care.

Patient Understanding Poor _____ Fair ____ (Good) X ____ Uncertain ____

PHARMACY COUNSELING
TOPIC DISCUSSED _____
Patient Understanding Poor ___ Fair ___ (Good) X ___ Uncertain___

Provider Signature
ZEAVIN

STANDARD FORM 600 (REV. 6-97) B



| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE / TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

**5/3/04**
**11²⁰ Am**

CHRONIC CARE CLINIC

__CARDIAC __HYPERTENSION __DIABETIC __INFECTIOUS DISEASE __ENDO/LIPID

__MNTL HLTH _X_(GASTRO) __ORTH/RHEUM __PULMONARY _____GENERAL __NEURO

ID verified
__yes __no

S:

Gastroesophageal Reflux ⬛⬛⬛⬛⬛ PO bid. Since Last pm. Muscle Aches / fevers/ sore throat / cough smee last pm./ cughing up green phlegm.     Last facility 1 month ago had Chicken Pox outbreak.

PAIN SCALE
--------10
--------8
--------6
--------4
--------2
--------0
0   No Pain
1-2   Mild
3-4   Discomfort
5-6   Moderate
7-8   Severe
9-10   Worst Pain

Recent significant lab:

O: Wt __201__ BP: 126/74 Resp: __16__ T: __100⁶__ Pulse __100__ Peak Flow_____

General - X no acute distress __cachectic__ distress__ other    Had chicken Pox as child.

Mentation - X alert and oriented__ confused__ non responsive__ other

HEENT - X PERLA X EOMI X Scleral nonicteric   X Funduscopy WNL
Pharynx Mild injection / No Exudate

Heart - X RRR without abnormal heart sounds__ other

Lungs - X clear X no respiratory distress__ other

Abdomen - X soft, nontender__ BS present__ other

Genital/Rectal - genitals WNL__ no hernias__ rectal WNL__ no hemorrhoids__ prostate__ other/NA
Deferred

| OSPITAL OR MEDICAL FACILITY<br>ederal Correctional Institute El Reno, OK | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| PONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

ATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name-last first,*
*iddle; ID No or SSN; Sex; Dat of Birth; Rank/Grade.)*

DOB: 7/31/1948

Vandivere,
James
99078-011

Federal Correctional Institution
El Reno, Oklahoma, 73036

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7/21/04 | P. *Continue Keflex × 10 days* |
| | *education for antibiotic* |
| | *warm soak* |
| | Educated on *Antibiotic effect* |
| | Comprehension? ___ Yes ___ No |
| | Provider: ___ E. McNerney, P.A.C. FCI El Reno, OK |
| 7/30/04 1245 SHU | S: Pt requests refill on *Zantac*, Pt c̄ hx GERD × yrs |
| | Opin. Pt states *Zantac helps keep heartburn ↓* |
| | O: gu—Pt A & O×3 MM |
| | A: GERD by hx |
| | P. *Zantac* 150 PO BID × 60 days |
| | Pt educated about gun, sig forts |
| | RTC if/prn ~5 wk   L. Petrash, P.A.-C. FCI, El Reno, OK |
| | H. Kessler, D.PH. Chief Pharmacist FCI El Reno, OK |
| 8/16/04 1300 SHU | S. *sore on chin — × several days* |
| | O. Observe an area of Central |
| | Chin — Central Core surrounded |
| | by erythema 2 cm — no pus or |
| | basin, no drainage |
| | A. Abscess |
| | P. Keflex DS, Bid × 15 days |
| | Tylenol 325 II q 4°-6° prn |
| | RTC if no resolution |
| | AUG 16 2004 Pt Hx. Educated on *hot soak* |
| | FCI El Reno, OK |
| | Comprehension? ___ Yes ___ No |
| | Provider: ___ FCI, El Reno, OK |

Intensity of Pain
1 2 3 4 5 6 7 8 9 10

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |

7/19/04
1330

**S** C/o sore ® middle finger
X several day

**O.** erythema Bye of nail bed
edema present of pustule
⊖ ex _____
A bronchus.

P. Keflex 500 Tis x 7 day
① hot soal
RN PRN

E. McNerney, P.A.-C.
FCI, El Reno, OK

JUL 1 9 2004

**Intensity of Pain** 10 9 8 7 6 5 4 3 2 1

T. Hook, D.PH.
FCI El Reno, OK

Educated on _____

Comprehension? __ Yes __ No

Provider: _____

SC.
7/21/04
1315
SHU.

S inmate is concerned that his
finger has not healed yet —
Has a paronychia @ 3rd digit
has been taking antibiotics x _____
day

O paronychia see 7/19/04

A paronychia _____

**Intensity of Pain** 10 9 8 7 6 5 4 3 2 1

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.

WARD NO.

VANDIVERE JAMES

99078 011

7/31/48

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Federal Correctional _____
El Reno, Oklahoma, _____

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|----------------------------------------------------------------|
| Date: 9/3/04<br>Time: 1400pm<br>FCC-TRV,TX | S: c/o heartburn, acid, epigastric pain<br>gnawing in character x 2 months<br>c/o skin problem x 3 months.<br>O: Pt. is conscious, coherent, not in respira<br>tory distress. BP= 120/80 PR= 70/min.<br>RR= 16/min wt= 80y 160.<br>Skin: (+) dry scaly lesion on scalp<br>HEENT: non-icteric sclera. PERLA<br>A&L: Regular rate & rhythm.<br>Clear breath sounds.<br>Abdomen: soft (+) bowel sound,<br>no organomegaly,<br>no tenderness on palpation<br>over epigastric area.<br>A: ① Seborrheic Dermatitis<br>② GERD.<br>P: ③ TAR shampoo AD x 60 days<br>④ ⬛⬛⬛⬛ po BID x30days<br>Pt. Education:<br>① Advised & explained side effects<br>of medication.<br>Pt. understood above explanation<br>_E.A. Cabusao_<br>E.A. CABUSAO, P.A.<br>Reviewed<br>J. Woods, Rph.<br>Contract Pharmacist<br>_JW_ |
| 9-3-04<br>1455 | |
| 9/15/04<br>1205PM<br>FCC-TRV,TX | ● SW- Note.<br>D/c chronic clinic for GERD. History o/BPA<br>Inmate can sign up for sick call.<br>_E.A. Cabusao_<br>E.A. CABUSAO, P.A. |

STANDARD FORM 600 BACK

| MEDICAL RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|
| **DATE** | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

Date: 8/30/04   INTAKE SCREENING (Arrived at FCI/SCP Three Rivers on this date)

Time: 1900   SUBJECTIVE: (Circle One)   New   (Transfer)   Writ Return   Parole Violator

POT-TRV   Allergies: (NO)   YES (To What)

Evaluation

Urgent Medical Complaints? (NO)   YES (describe)

Last PPD: 1/8/04   Result: Ø   Due for annual PPD? (NO)   YES

If PPD+:   INH Treatment Documented? (NO)   YES

HIV Test Documented? NO   (If not, order one)   YES

Most Recent CXR_____

Known Exposure To TB, Cough That Lasts Over 2 Weeks, Unexplained Weight Loss, Fatigue,

Fever, or Loss of Appetite?   NO   YES (Requires Immediate CXR And Consult With Clinical

Director)

On Any Medications? NO   (YES)

Tetanus Immunization? (NO)   YES (when)

Suicidal Ideation? (NO)   YES   Immediate Mental Health Needs   (NO)   YES (describe and notify psychology)

OBJECTIVE: Lice Noted: (NO)   YES

Evidence of Infectious Diseases? (NO)   YES (describe)

ASSESSMENT: Within Normal Limits Screening   NO   (YES)

PLAN:   PPD Given? (NO)   YES (Date To Be Read)

Lower Bunk? NO   (YES)   *Umbilical hernia*

Sick Call Procedures Explained and Patient Understands? (NO)   YES

Any Referrals Made? (NO)   YES (Who)

Current Medications:

9/1/04   0910   Rx: — Ranitidine 150 mg   po BID X 30 days. *illegible signature*

FCI/SCP Three Rivers, TX

| RECORDS MAINTAINED AT | E.A. CABUSAO, P.A.  Reviewed |  |
|---|---|---|
| PATIENT'S NAME (Last, First) | Woods, Rph.  Contract Pharmacist | SEX |
| RELATIONSHIP TO SPONSOR | *signature* | |
| SPONSOR'S NAME | | ORGANIZATION |

CHRONOLOGICAL RECORD OF MEDICAL CARE
STANDARD FORM 600

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

11/1/01  Ⓢ *[illegible]*

14:50  Ⓞ *[illegible]* Alert *[illegible]*

*[illegible]*

Ⓐ *[illegible]*

Ⓟ Cephalex 500, ī f 6hrs × 7 DAYS

*[illegible]*

MIGUEL NUNEZ, MLP

LT. S. BRANCH, RPH

11/03/04  Adm note: *[illegible]*
10:40  Will add Ibuprofen 400, ī TID × 10 DAYS

MIGUEL NUNEZ, MLP

LT. S. BRANCH, RPH

11/2/04
1800  ADM NOTE

11-15-4  Medication refill:
1400  *[redacted]* ī P.O. BID × 30 d.
FCI
TRV  A Zorrilla NP

CDR. A. ZORRILLA, NP

LT. S. BRANCH, RPH

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 11/22/04 1350 pm | S - C/o skin problem on chin x 2 days. |
| ~~FCU-TRV,TB~~ | O: Pt. is conscious, coherent, not in respiratory distress. BP=120/80  PC=70/min  RR=16/min  T=98.6 °F |
| | Skin: (+) inflammatory cystic erythematous lesion on chin, (+) tenderness on palpation. |
| | HEENT: non-icteric sclera. PERLA. |
| | HS L: Regular rate & rhythm. Clear breath sounds. |
| | A - Cystic Acne  VS  Abscess |
| STAT | P: Cephalexin 500mg  1 capsule po QID x 10 days. |
| | Ibuprofen 400mg  1 Tab TID x 5 days. Pt. education - |
| | Advised & explained side effects of medication. |
| | Pt. understood above explanation. |
| 11/22/04 1500 | LT. S. BRANCH, RPH                  E.A. CABUSAO, P.A. |
| 12/21/04 0900AM | ADM. Note: |
| ~~FCU-TRV,TB~~ | Meds. Refill N Gord & Seborrheic Dermatitis- |
| | ① ~~■■■■■■■■■■■■~~  1 Tab BID X ~~■■■■~~ |
| STAT | ② Tar Shampoo use twice a week x 90 days + Refill |
| 12/21/04 1000 | LT. S. BRANCH, RPH                  E.A. CABUSAO, P.A. |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

12/29/04
345 PM

Adm- Note:
Transfer Mode:

_____ 29 - T tablet po. BID
X 7 days.  0 800 am & 830 pm

E.A. CABUSAO, P.A.

LT. S. BRANCH, RPH

12/30/04
1005

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|



PREVIOUS EDITION IS USABLE                                                                      AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**1-24-05**

**1500**

Received FCC Medium Security Beaumont

1. PPD status: Date __0__ mm   positive   (negative)   treatment   yes (no)   when_____   PPD given (yes)/ no

2. CXR:  WNL   abnormal   date completed_____   CXR ordered   yes (no)

3. TB symptoms: (circle)  night sweats   weight loss   productive cough with bloody sputum  (no symptoms reported)

4. Suicidal ideation:   yes (no)   5. History of psych. treatment:   yes (no)   6. BP-659 reviewed  yes) no

7. Lice or nits seen:  yes (no) 8. Intake lab ordered: (CBC, RPR, UA).   yes (no) 9. Pain: yes (no)  scale (1-10)_____

10. Patient history: (circle)  Hypertension   Heart problems   Diabetic   Smoker--ppd___   Snuff use   N/A

11. Family history: (circle)  Hypertension   Heart problems   Diabetic   Stroke   Early death: yes (no) who_____

12. Chronic illness:  GERD

13. Medication allergies:  NKDA          Food allergies:  NONE

14. Current medications:                    PPD 0.1cc ID per verbal order of DR BEHRENS

ENd  MAR  ~~~~~~~~~~ BiD + 14 DAys

**J. WALTON, DO**

'02/05  0850  Noted Bowser Rm          **V. BOWSER, LVN**

15. Access to medical explained with patient voicing understanding: (cover sick call and pill line times)  ✓

16. Does the patient need to be scheduled for provider at this time:  (yes) no   Why? GERD

APPT SCHED

17. Intake physical:          yes (no)   (if yes place chart in scheduling box)

18. CCC appointment:          (yes) no   (if yes place chart in scheduling box)

1/27/05 0850 Noted for Bowser LVN  19. Medication renewal:   (yes) no.   (if yes place chart in scheduling box)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FCC BEAUMONT | | MEDICAL | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

VANDIVERE, JAMES

99078-011

7-31-48

**FCC BEAUMONT - MEDIUM**
P.O. BOX 26035
BEAUMONT, TX 77720

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1-24-05 1500 | 20. CID referral          yes /(no)  (if yes, place a routing slip on chart) |
| | 21. Need for follow up on an issue (surgeries, telemed appointment etc.)  yes /(no) |
| | 22. Psychology referral:  yes /(no)   ( if yes, fill out a referral slip) |
| | Food Handlers Exam: |
| | S:  Needs food handlers' exam. |
| | O:  Febrile   yes /(no)        Chest clear per auscultation (yes)/ no, if no, sounds noted_____ |
| | PPD current:(yes)/ no, result 0mm Date 1-5-05 Skin clear: (yes)/ no, if no-condition noted_____ |
| | Hx. Of intestinal infection: yes /(no) If yes, when? ____ Hx. Of communicable disease: _____ yes /(no) what? _____ |
| | A:  Food service exam |
| | P:  Cleared for food service:(yes)/ no   If no why? |
| | 23. Is patient Literate?  (Yes)/ no |
| | 24. Does patient speak / understand English? (yes)/ no   If no what language?_____ |
| | [signature]            G. PUMPHREY, RN |
| 1-26-5 1210 APPT SCHED | CID chart review. Current c̄ PPD Intake labs on file. Request complete physical — chart to scheduling JSalyers LVN |
| | T SALYERS, LVN, CID |
| 1/27/05 | 0 850 Noted [signature] Bowser RN            V. BOWSER, LVN |

BP-S659.60 **MEDICAL SUMMARY** OF **FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TB Clearance Yes ✓ No ___ | Name *VANDIVERE, JAMES* | Prisoner/Alien Reg.# *99078-011* | D.O.B. *07/31/48* |
|---|---|---|---|
| 1. PPD Completed: *1-26-05* Date | Departed From *Medium FCC-Beaumont* | Date Departed | |
| Results: *0* mm | | | |
| 2. CXR Completed: Date | Destination | Reason for Transfer *Hurricane Rita* | |
| Results: *NA* | | | |
| 3. Health Authority Clearance: *yes* | Dist. Name | Dist.# | Date in Custody ___/___/___ |

3. Health Authority
Clearance: *yes*
*CJBLW* *9-29-05*
Sign        Date

Note: Dates listed above must be within one year of this transfer.

| Current Medical Problems | 1. *History of Jock itch*  4. *Presbyopia* |
| | 2. *History of Skin Infection Rheor  ① Cystitis* |
| | 3. *Myopia, Astigmatism, ① Dyspepsia* |
| | *① Gastro intestinal Reflux Disease* |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| ~~████████~~ | | | *th one tablet twice a day* *Don't stop until Seen by provider* | |
| | | | *reviewed 9-30-05 F. Gumpfy/Center FCI Benn* | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions
*No Known Allergies*

**Special Needs Affecting Transportation**

| | | If no, why not? |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes ___ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ___ Yes ___ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes ___ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority | Phone Number | Date Signed |
|---|---|---|
| *CJBLW  CJobun  J. Charles, RN* | *5 Charles LA 727-0101  ext 5709* | *7-29-05* |

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

This form may be replicated via WP)  **SIMILAR TO (USM 553)**          Replaces BP-S659 of Mar 99



| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2-22-05 0800 | Chart Review - Lab ordered 1-31-05 all Lab ordered on above date is W.N.L. |
| | J. WALTON, DO |
| 2-22-05 1835 | Noted — D Howard LVN   D. HOWARD, LVN |
| 2/24/05 1300 | S- Abscess |
| | O- 95?, 20, 133/66, 96, 9/10   192# D. Banks, CMA   D. BANKS, CMA |
| 2-24-05 1350 | — S— Fh, Feels better   P— ⊖ |
| | O— Pt alert in NAD |
| | R gluteal S-A of drainage |
| | Culture — MRSA |
| | A — Abscess — DJD — GERD |
| | P— Antihistamine proven used |
| PR5 | ℞ Bactrim DS BID X 100 DOT |
| | ℞ Rifampin 600 mg daily X 100 DOT |
| | ...ng T c.h.s. daily X 300 RFX2 Kop |
| | ℞ Tylenol 325 mg Ti Tid X 300 RFX2 Kol |
| APPT. SCHED: ✓ | RTC 10D and prn |
| | E — Meds - Soap + Hx just BH — diet |

FCC BEAUMONT MEDIUM
P.O. BOX 26035
BEAUMONT, TX 77720
REGISTER NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

VANDIVERE
JAMES

99078-011

DOB 07/31/1948
FCC-BEAUMONT -MED

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| Cert → | 2-24-05  1350 |
| Trip | Refer to General Surgery |
| | Recurrent Umbilical hernia |
| | A. DOMINGUEZ, MD |
| 2-26-05 | 1920 — airline order noted D. Kidd — D. Kidd, LVN |
| 3/2/5 | 1525 UC spoke c Delsie Re PC# for Inguinal |
| | Hernia Telemed Gen Surg self PA for review |
| | To Return Call — V. Bowser, LVN |
| 3/3/05 | Noted TM referral in EMR & DB - Waiting for |
| 15:58 | PC# and date. — T. Hammonds CCA |
| | T. HAMMONDS, CCA |
| 3-5-05/2100 | Medical called to SHU stat - Upon arrival found |
| | pt. on floor Hands clenching chest, pulse ox |
| | shows O₂ level at 99%, pulse 89. ECG |
| | leads placed. ECG reads: Normal sinus rhythm |
| | low voltage QRS, borderline ECG X 2. pt. |
| | slightly diaphoretic, pt. placed on stretcher. |
| | Given Nitro S.L. XT. pt. taken to E.R. |
| | ECG reads: Normal sinus rhythm, normal ECG. |
| | XT: Normal sinus rhythm, low voltage QRS, |
| | borderline ECG. V/S= 123/66, 66, 20, 97.8, O₂ |
| | level at 98% → 99%. Pt. states still has |
| VANDIVERE JAMES | chest pain and the the same. Pt. states pain |
| 99018-011 | is just like his pain in the past when Dr. |
| | prescribed Imitrex. Cut [   ] role. |

SN 7540-00-634-4176

Case 9:21-cv-80043-RLR   Document 1   Entered on FLSD Docket 01/11/2021   Page 61 of 111   NOT FOR PUBLICATION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3-10-05 | 0215 Previous order noted — D. Kidd — D. Kidd, LVN |
| 3-10-05 1012 | Admin Note: General Surgery TM 3/28/05 @ 10:00. PC# 61436D. Documented in DB & EMR — T. Hammonds CCA — T. HAMMONDS, CCA |
| 3/28/05 | 1100 pt unable to be brought from SHU to Medical for Scheduled TM. To be rescheduled — Nurse RN — V. BOWSER, LVN |
| 3/29/05 1422 | Admin Note: McCloud called UR and this TM will be rescheduled — T. Hammonds CCA — T. HAMMONDS, CCA |
| 4-5-05 1300 | Admin note: C/O Zantac ÷ daily is not enough — Requesting to increase dosage to Bid ① D/C previous order Zantac 150mg ÷ daily ÷ Bid x30d c 2RFS V/O D. Agricola FNP / R. Bean — R. BEAN, LVN — D. AGRICOLA, FNP |
| 4-7-05 | Noted @ 1210 — K. Graffagnino, ln / K. Graffagnino, Lvn |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCC BEAUMONT - MEDIUM P.O. BOX 26035 BEAUMONT, TX 77720 |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

VANDIVERE
JAMES

99078-011

DOB  07/31/1948
FCC-BEAUMONT -MED

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|----------------------------------------------------|
| 4.25.05 1045 | Here for DM error Gen Surg Telemed. Consent signed. — A Jones LVN   A. JONES, LVN |
| 4-25-05 1305 | Recommendations: ① To HG 1st available hernia clinic. — A. Jones LVN   A. JONES, LVN |
| 4-29-05 | OUO route Chart to trip coordinator to check on appointment — C. Christy NFNP   C. CHRISTY, FNP   V. BOWSER, LVN |
| 4/29/5 | 1050 noted Bowser LVN |
| 5-3 error 05 0910 | Rec'd call from UR Josette. "Gen Surg for Hernia denied by PA review." — A. Jones LVN   A. JONES, LVN |
| 5/6/05 1515 | Admin Note / Noted referral & denial in EMR. + DB — T. Hammonds CCHCW   T. HAMMONDS, CCHCW |
| 5-7-05 1020 | Admin note. Cell side assess. Pt c̄ open area approx size of a dime. Ø bleeding noted. Was informed by pt cell mate that pt had been putting HC cream on area. Instructed pt not to use HC cream. error keep area clean & dry. Chart to scheduling. eval area on ① ↑ back. — A Jones LVN   A. JONES, LVN |

ANICETO DOMINGUEZ M.D.
MAY 17 2005

VANDIVERE
JAMES
99078-011

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5-18-05 09ᵃ | Admin Note. Patient refuse lab work on. 5-18-05<br>J. Mitchell<br>Phlebotomist II<br>**J. MITCHELL**<br>~~PHLEBOTOMIST II~~ |
| 7-11-05 1300 | Admin note: Requesting Renewal of ████████ + Brd p.o. X 30 d c̄ 5 RFS.<br>V/O D. Onuora, PA / RBean LVN / R BEAN LVN<br>A Onuora ONUORA PA-C |
| 7-11-05 | 1600 noted ████████ J Bradford LVN  J BRADFORD LVN/ |
| 8-4-05 1245 | Admin Note: Pt requests refill for HC Cream for Chronic dermatitis<br>(R) HC 1% Cream apply topically Bid X 30d c̄ 5 RFS<br>V/O S. Briscoe, MD / R Bean LVN  R. BEAN, LVN<br>Order read back and verified — RBean  R. BEAN, LVN |
| 8-4-05 1300 | S Briscoe / S. Briscoe |
| 8/8-05 c 1315 | admin noted C Kling  C Kling RN |
| 8/15/05 0925 | S) SHU rounds - Pt states he got "hit in kidney on 8/5/05 on left side." "I want to have it checked out by doctor - the pain worsens over time - maybe I have a broken rib rubbing against my kidney, severely bruised kidney or other organ." "I just want to see the doctor when they come over here.<br>P) Schedule md appt 8-17-05. Pt instructed to call medical if blood in urine or pain worsens. Pt verbalized understanding F. Shelton RN, F. Shelton R.N |
| 8-15-05 1540 | noted ████████ J Bradford LVN / J Bradford LVN |

APPT. SCHED. ∞

N 7540-00-634-4176                                                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

5-11-05  S: Upper back

0915  O: 141/70 - 81 - 97² - 116 - %10 - 264#

_____ A. Jones w/     **A. JONES, LVN**

5/11/05  ③Ⓓ Drawing Cyst on Back x 3 weeks

0915  ② Ⓡ Earache

④ Bilateral Foot Edema - "Had this problem back in 1999 when

Sont fluid up"

⑩ A/x ambulatory w/D W/N ¼m - NAD

Drawing Cyst to Back

HEENT - Ⓡ TM dull ¢ landmark Ⓛ TM-WNL

Chest CTA // Cardia RSR ō ⌀ / Abd Soft BSNR - ⌀

Ventral Hernia protrusion

Ⓐ Drawing Cyst / ? Furuncle

Ⓒ Otitis Media

Foot Edema

Ⓟ Soft Unreload / C ¢ S of Cyst Drainage

Bactrim DS ₮ BID X10D QRF

Ⓔ Plan Discussed _____ _____ **D. AGRICOLA, FNP**

5-11-05/2345  Orders noted _____ M porter w/ / M porter LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 9/30/05  2330 | INMATE EDUCATED ON SICK CALL (DENTAL/MEDICAL) PILL LINE |
| | PROCEDURES.  PATIENT VOICE UNDERSTANDING AND AGREES. (Yes)   No |
| | CARE LEVEL (Circle One) |
| | CARE LEVEL 1:  Essentially Healthy Inmate, no serious medical |
| | conditions |
| | CARE LEVEL (2):  Non-complex acute and chronic ambulatory |
| | conditions |
| | CARE LEVEL 3:  Complex ambulatory conditions |
| | CARE LEVEL 4:  Requires sub-acute/long-term inpatient care, |
| | medically complex. |
| | ADD TO CHRONIC CARE CLINICS: (Yes)   No   (Circle One) |
| | CARDIAC   DIABETIC   GASTRO   ENDO/LIPID   GENERAL |
| | HTN INFECT. DIS    NEUROLOGY   ORTHO/RHEM    PULMONARY |
| | ESSENTIAL MEDICATIONS (Chronic Care Medications Only) |
| | ~~Metformin 1500mg~~ Take one twice a day #60 |

Luis Berrios, M.D.
Clinical Director
FCI Bennettsville

sign/stamp name  _____

Inmate Name  Vandivere, James

Inmate Number  49078-011

FCT  PC Bennettsville

STANDARD FORM 600 (REV. 6-97) **BACK**

NSN 7540-00-634-4176    Case 9:21-cv-80043-RLR   Document 1   Entered on FLSD Docket 01/11/2021   Page 66 of 111   AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

DATE/TIME

**9/30/05**

INTAKE SCREENING QUESTIONAIRE/INITIAL ORDERS

INTAKE MEDICAL SCREENING FOR FCI/FPC (circle one)

INMATE ARRIVED PER:   J&C   TRANSFER   WRIT   PV   SELF-SURRENDER

PPD GIVEN:   Yes   No /Date to be read:   Reason not given   1-26-05

CHEST X-RAY:   Results Positive/Negative   Date:

_____ Does not have any of the following symptoms

_____ Does have the following symptoms

_____ Unexplained weight loss     Fever _____

_____ Cough lasting>3 weeks     Night Sweats _____

_____ Hemoptysis (coughing up blood)

ALLERGIES:   Yes   No   List: _____

EVIDENCE OF CONTAGIOUS DISEASE (Lice, TB, Hepatitis, HIV/AIDS) N

ARE YOU CURRENTLY IN PAIN:   Yes   No   If yes, use pain scale

0--1--2--3--4--5--6--7--8--9--10
No Pain     Mod     Severe Pain

WHERE IS THE PAIN LOCATED?      HOW LONG?

HISTORY OF PSYCHIATRIC ILLNESS:   Yes   No

IMMEDIATE REFERRAL TO PSYCHOLOGY/PSYCHIATRY:   Yes   No

SUICIDE HISTORY OR IDEATION:   Yes   No   Explain

HISTORY OF SEXUAL ASSAULT:   Yes   No   Explain

INTAKE SCREENING REVIEWED AND NOTED:   Yes   No   Reason

TETANUS:   Yes   No   Physical exam to be done:   Yes   No

SIGN/STAMP NAME: _____ FCI Benn

| HOSPITAL OR MEDICAL FACILITY FCI/FPC BENNETTSVILLE | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|

INMATE NAME: Vandivere James
INMATE NUMBER: 99078-011

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1     USP LVN

FCI/FPC BENNETTSVILLE

PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| 12/21/05 | Sick call |
| 0740 | S, "I/P need refill of Ranitidine" |
| | [illegible] |
| | [illegible] |
| | [illegible] refill of medication / [illegible] |
| | P, [redacted] 1 Tab. 2x daily |
| | po [illegible] |
| | , Educated on medication / [illegible] |
| | , [illegible] |
| | [illegible] |
| | , [illegible] |
| | , Maalox Supreme [illegible] 3x day |
| | po [illegible] |
| | J. S. Artacho, MLP |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Vandiver, [illegible]

99078-011

[illegible]

| REGISTER NO. | WARD NO. |
|---|---|
| | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
|      |                                                                          |

BP-S659.080 MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT CDFRM
MAR 99
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

TB Clearance  Yes ___  No ___
1. PPD Completed: _01/00/04__
                        Date
Results: ___Ø___ mm  1/05/05

2. CXR Completed: _____
                        Date
Results: _____

3. Health Authority
Clearance: _Clear to Travel_
Sign _____  Date 1/7/05
Note:
Dates listed above must be within
one year of this transfer.

Name: VANDIVERE, James
Prisoner/Alien Reg. #: 99078-011   D.O.B. 07/31/1908

Departed From: FCI TRV, TX
Date Departed: 01/11/05

Destination: BMM
Reason for Transfer: NON-Medical

Dist. Name: _____
Dist.#: _____
Date in Custody: __/__/__

Current    1. History of Gastroesophageal Reflux
Medical    2. Disease,        5. _____
Problems   3. _____          6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | Medication Required For Care En Route | |
| ▮▮▮▮▮ mouth | | | TOKE one tablet twice a day ordyra | |
| | | | 0800 AM & 8:30 PM | |
| Note: please continue medication until seen | | | | |
| | | by MLP (mid level practitioner) | | |
| | | | | |
| | | | | |
| | | | | |

For most recent medications see
computerized prescription labels
on the following sheets.

Additional Comments
NO known drug Allergies

**Special Needs Affecting Transportation**

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes  __ No | If no, why not? | |
| Is prisoner medically able to travel by airplane? | ✓ Yes  __ No | If no, why not? | |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes  __ No | If no, why not? | |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes  ✓ No | If yes, state reason | |
| Does prisoner require any medical equipment while in transport status? | __ Yes  ✓ No | If yes, what equipment? | |

Sign and Print Name - Certifying Health Authority
F A CABUSAO, P.A.
Phone Number: (361) 786-3576
Date Signed: 1/8/05

Record copy - Transporting Officer; Copy - Health Record (Top page Position one); Copy - Transferring Institution
This form may be replicated via WP)
                                                          SIMILAR TO (USM 553)

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189    405-682-4075

**RX 338162**  DR.GOFORTH            **01/19/05**
**VANDIVERE, JAMES   N*5E**
**99078011**                            **99078-011**
TAKE ONE TABLET TWICE A DAY

RANITIDINE 150MG TABS        # **14**
RXH  **2  REFILL(S)**      EXPIRES: 02/12/05

MEDICATION TIMES:
once daily – 8:00 a.m.
2 x daily = 8:00 a.m. & 8:00 p.m.
3 x daily = 8:00 a.m., 12:00 p.m  & 8:00 p.m.
4 x daily = 8:00 a.m., 12:00 p.m., 4:00 p.m. & 8:00 p.m.
Cleared Pharmacy for Transfer
FTC, Oklahoma City, OK

JAN 1 9 2005



| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | continued - |
| | See PT |

**Assessment** care level 1 (2) 3 4

a. Diagnosis: GERD
   - dermatitis

b. Disease progression / complications: — ventral wall hernia

c. Therapeutic efficacy (judged by the patients ability to engage in normal activities and attainment of acceptable clinical and labortory results) : good

**Plan** Patient education: (check topics discussed)

(√) Nature of disease   (√) Treatment alternatives   (√) Diet   ( ) Disease complications, progression, and prognosis

( ) Medication instruction / side effects   (√) Avoidance of tobacco   (√) Exercise   (√) Weight loss   (√)

b. Next diagnostic studies and consultations due:

c. Return to clinic in 90 days, and / or  ✓

d. Medications: — DC all meds
   — ~~~~~~~~~~ 1 daily × 90d
   Rx 2 Keo
   — HC cream 1% use as directed
   × 30d Keo
   — Tar shampoo once a wk × 90d
   — UA, PSA, liver profile & CBC
   — chart → MD in 3 wk to review

R. Behrns, MD

R. Behrns, MD

VANCIVERE
JAMES

~~78-011

/31/1948
.UMONT -MED

**EXHIBIT 'D'**



## HADDAD UROLOGY CLINIC, P.A.

### Bladder & Tst Exam.

RUDY I. HADDAD, M.D.
1501 WEST 11TH PLACE
SUITE 103
BIG SPRING, TX 79720
432-714-4800

**Patient Information**                                    FEB.27,2007

ID          : 2985
Name      : VANDIVERE, JAMES
Sex         : Male          Date of birth  : JUL.31,1948      Age       : 58Y
Height                          Weight          :                  Occupation :
PSA
<Comments

**Site Information**
Reason for Study: FREQUENCY; ENLARGED PROSTATE; ELEVATED PSA
Referring Phys. : NO REFERRAL
Reporting Phys. : RUDY I. HADDAD, M.D.
Sonographer    : RH

**<Bladder>**
Void Volume : 165.3ml

Pre-Void                                    Post-Void
Volume  :  174.3ml                 Volume  :  8.0ml
Length  :  5.2cm                    Length  :  1.8cm
Width   :  7.3cm                    Width   :  3.0cm
A-P     :  8.8cm                    A-P     :  2.8cm

Bladder wall thickness ____7____ mm; calculus ____NO____ ; foreign body ____NO____ :

Urethral dilation ___NO___ ; diverticula ___NO___ ; tumor ___NO___ : perivesical mass ___NO___ .

Prostate: size _____ cc; morphology _____ .

Diagnosis: ① Small / reduced Bladder Capacity ② Thick Bladder Wall
③ NO Pelvic Masses .

Comments: _____

Physician's SIGNATURE : _____ 2/27/7
                                     RUDY I. HADDAD, M.D.

D.R.
4/18/07

# FEDERAL MEDICAL CENTER CLINIC LABORATORY

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Laboratory Supervisor:
Bob Latina

Page: 1 of 1
Printed: 01/31/2007 @ 14:31

====================================================================

INTERIM REPORT
*** SENSITIVE - LIMITED OFFICIAL USE ***



====================================================================

Name: VANDIVERS, JAMES                Lab #: 310219                ID: 99078-011

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|----------------------|

## CHEMISTRY

| Uric Acid | 2.9 | LO | 3.5 - 7.2 mg/dl |
| PSA |  | HI | 0.0 - 4.0 ng/mL |

G. Roffers, DO
FCI Big Spring
2/1/07



FEB 2007
Received
FCI, Big Spring
Health Services

Legend
High = HI    Low = LO    Critical = CR    Abnormal = AB

ID. 99078 011
Name: VANDIVERS, JAMES
Ordered By: PARTIDA
Collected: 01/30/07/@ 08:15

DOD. 07/01/1940   Age. 50y;   Sex. M
Lab Accn: 310219

Location: FCI Big Spring          Reviewed

# FEDERAL MEDICAL CENTER CLINICAL LABORATORY

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Laboratory Supervisor:
Bob Latina

Page: 1 of 1
Printed: ████ 5:03

===========================================================================
### FINAL REPORT
### *** SENSITIVE - LIMITED OFFICIAL USE ***
===========================================================================

Name: VANDIVERS, JAMES                Lab #: 290161            ID: 99078-011

Test            Result                              Flag        Reference Range/Units

## CHEMISTRY

PSA                                         0.0 - 4.0 ng/mL

JUL 2007
Received
FCI, Big Spring
Health Services

Legend
High = HI   Low = LO   Critical = CR   Abnormal = AB

ID: 99078-011                                   DOB: 07/31/1948   Age: 58yr   Sex: M
Name: VANDIVERS, JAMES                          Lab Accn: 290161
Ordered By: ROFFERS                                                         Reviewed_____
Collected: 06/28/07@ 06:00                      Location: FCI Big Spring

# FEDERAL MEDICAL CENTER CLINICAL LABORATORY

Laboratory Supervisor:
Bob Latina

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Page: 1 of 1
Print 15:03

FINAL REPORT
*** SENSITIVE - LIMITED OFFICIAL USE ***

=================================================================

Name: VANDIVERS, JAMES              Lab #: 120473              ID: 99078-011

Test              Result                        Flag              Reference Range/Units

## CHEMISTRY

PSA                                                               0.0 - 4.0 ng/mL

_9-13-07_

_. Partida, MD_

_SEP_

Legend
High = HI   Low = LO   Critical = CR   Abnormal = AB

ID: 99078-011
Name: VANDIVERS, JAMES
Ordered By: PARTIDA
Collected: 09/11/07@ 10:00

DOB: 07/31/1948   Age: 59yr   Sex: M
 Lab Accn: 120473

Reviewed_____

Location: FCI Big Spring

# FEDERAL MEDICAL CENTER ROCHESTER
### 2110 East Center Street
### ROCHESTER, MN 55904
### (507) 287-0674

Page: 1 of 1
Printed: 02/01/2013 @ 07:03

## FINAL REPORT

Name: VADIVERE, JAMES      ( 3174 )      **ID:** 99078-011

| Test | Result | Reference Range/Units |
|------|--------|-----------------------|
| **CHEMISTRY** | | 0.00 - 4.50 ng/mL |

Test(s) ordered:PSA

ID: 99078-011
Name: VADIVERE, JAMES
Ordered By: Kudlauskas, C., PA
Collected: 01/30/13@ 07:50

DOB: 07/31/1948  Age: 64yr  Sex: M
Lab Accn: 3174

Reviewed_____
Location: FCI Englewood, CO



FMC Rochester
2110 East Center Street
ROCHESTER, MN 55904
(507) 287-0674

*** *Sensitive But Unclassified* ***

| Name | | Reg Number | DOB | Sex | Location | Unit |
|------|------|------|------|------|------|------|
| VANDIVERE, JAMES | | 99078-011 | 7/31/1948 | M | FCI Englewood | |

| Provider | Collection Date | | Received Date | | Sample ID |
|------|------|------|------|------|------|
| G. Kraus MD | 3/20/2013 | 7:20 AM | 3/21/2013 | 2:16 PM | 080132164 |

 

| Test | Result | Reference Range | Units |
|------|------|------|------|
| | | 0.00-4.50 | ng/mL |



| Legend | L=Low | Ll=Low Critical | H=High | Hl=High Critical | A=Abnormal | Al=Abnormal Critical | | |
|------|------|------|------|------|------|------|------|------|
| Name | | Reg Number | | Location | | Sample ID | | Report Date |
| VANDIVERE, JAMES | | 99078-011 | | FCI Englewood | | 080132164 | | 3/21/2013 2:41 |



## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674



**Federal Bureau of Prisons**

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** VANDIVERE, JAMES | **Facility** FCI Englewood |
| **Reg #** 99078-011 | **RCH Unit** |
| **DOB** 07/31/1948 | **Provider** G. Kraus, MD |
| **Sex** M | |

**Collected** 01/29/2014 8:35
**Received** 01/30/2014 13:15
**Reported** 01/30/2014 15:11
**LIS ID** 030141944

---

### CANCEL/REJECT

Cancel    FREE PSA REJECTED-TEST NO OFFERED.

---

### SPECIAL CHEMISTRY

█████    █████    █████                                    <4.50          ng/mL

The minimal reporting value is 0.1 ng/mL.  Values >0.2 ng/mL are considered evidence of biochemical recurrence of cancer in men after prostatectomy.

Ranee Grimes-Boorman
**NREMT-P**
FCI Englewood

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

Jul 18 2014 14:50:30 0006979302                                3039002332 Quest Diagnostics   Page 001



7/18/14     04:50:07     Page 1 of 2

1

LAB#: 7-DE60948          RT#: 3000/3000
ACCT.#: 9248                                  7-1513
DOCTOR: FCI-ENGLEWOOD
        DR. KRAUS                             PATIENT: VANDIVERE, JAMES
        9595 W QUINCY AVE                                    HRS PP:
        LITTLETON, CO 80123          DOB: 07/31/1948   AGE: 65     SEX: M
        CHART#:  KRAUS INMATE 99078-011
        ID#:

COLLECTED: 07/16/2014    8:00          REPORTED: 07/18/2014    PAGE: 1

REQUESTS                    RESULTS          UNITS     REFERENCE RANGES    LOC
-----------------------------------------------------------------------------
PSA, FREE AND TOTAL
   PSA, FREE                    1.7          ng/mL                          WE
                                             ng/mL      < OR = 4.0          WE
   PSA, % FREE                 2▊    L        % (calc)   >25                WE

PSA(ng/mL)      Free PSA(%)    Estimated(x) Probability
                                  of Cancer(as%)
0-2.5              (*)         Approx. 1
2.6-4.0(1)       0-27(2)               24(3)
4.1-10(4)        0-10                  56
                 11-15                 28
                 16-20                 20
                 21-25                 16
                 >or =26               8
>10(+)           N/A                  >50

References:(1)Catalona et al.:Urology 60: 469-474 (2002)
           (2)Catalona et al.:J.Urol 168: 922-925 (2002)
               Free PSA(%)   Sensitivity(%)  Specificity(%)
               < or = 25          85              19
               < or = 30          93              9
           (3)Catalona et al.:JAMA 277: 1452-1455 (1997)
           (4)Catalona et al.:JAMA 279: 1542-1547 (1998)

(x)These estimates vary with age, ethnicity, family
   and DRE results.
(*)The diagnostic usefulness of % Free PSA has not been
   established in patients with total PSA below 2.6 ng/mL
(+)In men with PSA above 10 ng/mL, prostate cancer risk is
   determined by total PSA alone.

PSA was performed using the Beckman Coulter
Immunoassay method. Values obtained from different
assay methods cannot be used interchangeably. PSA
levels, regardless of value, should not be interpreted
as absolute evidence of the presence or absence of
disease.

Renee Gimes-Boorman
NREMT-P
FCI Englewood



**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707



Federal
Bureau of
Prisons

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** VANDIVERE, JAMES | **Facility** FCI Butner I | **Collected** 01/02/2015 6:25 |
| **Reg #** 99078-011 | **BUX Unit** V03 | **Received** 01/02/2015 7:11 |
| **DOB** 07/31/1948 | **Provider** Stanislaw Sielicki, MLP | **Reported** 01/02/2015 12:25 |
| **Sex** M | | **LIS ID** 002151019 |

## CHEMISTRY

| Test | | Result | Range | Units |
|---|---|---|---|---|
| Sodium | | 143 | 136-145 | mmol/L |
| Potassium | | 4.3 | 3.5-5.1 | mmol/L |
| Chloride | | 107 | 98-107 | mmol/L |
| CO2 | | 26 | 21-32 | mmol/L |
| BUN | | 18 | 7-26 | mg/dL |
| Creatinine | | 1.0 | 0.6-1.3 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| Test | | Result | Range | Units |
|---|---|---|---|---|
| Calcium | | 9.0 | 8.4-10.2 | mg/dL |
| Glucose | | 90 | 70-109 | mg/dL |
| AST | | 16 | 5-34 | U/L |
| ALT | | 21 | 8-55 | U/L |
| Alkaline Phosphatase | | 84 | 40-140 | U/L |
| Bilirubin, Total | | 0.5 | 0.2-1.0 | mg/dL |
| Total Protein | L | 6.3 | 6.4-8.3 | g/dL |
| Albumin | | 3.6 | 3.5-5.0 | g/dL |
| Globulin | | 2.7 | | g/dL |
| Alb/Glob Ratio | | 1.33 | 1.00-2.30 | |
| Anion Gap | | 9.5 | 9.0-19.0 | |
| BUN/Creat Ratio | | 18.9 | 5.0-30.0 | |

## SPECIAL CHEMISTRY

| Test | Result | Range | Units |
|---|---|---|---|
| ████████ | ████████ | 0.00-4.00 | ng/mL |

## HEMATOLOGY

| Test | Result | Range | Units |
|---|---|---|---|
| WBC | 7.7 | 4.0-11.0 | K/uL |
| RBC | 5.40 | 4.50-6.00 | M/uL |
| Hemoglobin | 16.5 | 13.5-18.0 | g/dL |
| Hematocrit | 50.7 | 40.0-52.0 | % |
| MCV | 93.8 | 80.0-100.0 | fL |
| MCH | 30.6 | 25.4-34.6 | pg |
| MCHC | 32.6 | 31.0-37.0 | g/dL |
| RDW | 13.1 | 11.0-15.0 | % |
| Platelet | 218 | 150-400 | K/uL |
| MPV | 8.4 | 7.0-11.0 | fL |

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical



Stanislaw Sielicki
Physician Assistant
FCC Butner

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
CLIA# 45D0660281, CAP# 21251-01
Telephone Number: (800) LAB-2266

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

99070

D. AGRICOLA, FNP

**MEDICAL RECORD COPY**



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** VANDIVERE, JAMES | **Facility** FCI Butner I | | **Collected** 12/15/2015 7:15 |
| **Reg #** 99078-011 | **Order Unit** | **BUX Unit** M03 | **Received** 12/15/2015 12:52 |
| **DOB** 07/31/1948 | **Provider** Stanislaw Sielicki, MLP | | **Reported** 12/15/2015 19:07 |
| **Sex** M | | | **LIS ID** 349152300 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 4.2 | 3.5-5.1 | mmol/L |
| Chloride | H | 111 | 98-107 | mmol/L |
| CO2 | | 22 | 21-32 | mmol/L |
| BUN | | 14 | 7-26 | mg/dL |
| Creatinine | | 0.9 | 0.6-1.3 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 8.6 | 8.4-10.2 | mg/dL |
| Glucose | | 91 | 70-109 | mg/dL |
| AST | | 13 | 5-34 | U/L |
| ALT | | 12 | 8-55 | U/L |
| Alkaline Phosphatase | | 93 | 40-140 | U/L |
| Bilirubin, Total | | 0.4 | 0.2-1.0 | mg/dL |
| Total Protein | L | 5.9 | 6.4-8.3 | g/dL |
| Albumin | | 3.6 | 3.5-5.0 | g/dL |
| Globulin | | 2.3 | | g/dL |
| Alb/Glob Ratio | | 1.57 | 1.00-2.30 | |
| Anion Gap | | 9.4 | 9.0-19.0 | |
| BUN/Creat Ratio | | 15.4 | 5.0-30.0 | |

| SPECIAL CHEMISTRY | | |
|---|---|---|
| ███████ ███████ ████████ | 0.00-4.00 | ng/mL |

| HEMATOLOGY | | | |
|---|---|---|---|
| WBC | 7.5 | 4.0-11.0 | K/uL |
| RBC | 4.93 | 4.50-6.00 | M/uL |
| Hemoglobin | 14.9 | 13.5-18.0 | g/dL |
| Hematocrit | 45.6 | 40.0-52.0 | % |
| MCV | 92.5 | 80.0-100.0 | fL |
| MCH | 30.2 | 25.4-34.6 | pg |
| MCHC | 32.6 | 31.0-37.0 | g/dL |
| RDW | 13.0 | 11.0-15.0 | % |
| Platelet | 206 | 150-400 | K/uL |
| MPV | 8.6 | 7.0-11.0 | fL |

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

Stanislaw Sielicki
Physician Assistant 10-16



**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707



*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** VANDIVERE, JAMES | **Facility** FCI Butner Med I | **Collected** 07/26/2016 07:24 |
| **Reg #** 99078-011 | **Order Unit** **BUX Unit** M03 | **Received** 07/26/2016 11:13 |
| **DOB** 07/31/1948 | **Provider** Stanislaw Sielicki, MLP | **Reported** 07/26/2016 12:46 |
| **Sex** M | | **LIS ID** 208161585 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 140 | 136-145 | mmol/L |
| Potassium | | 3.9 | 3.5-5.1 | mmol/L |
| Chloride | H | 108 | 98-107 | mmol/L |
| CO2 | | 22 | 21-32 | mmol/L |
| BUN | | 17 | 7-26 | mg/dL |
| Creatinine | | 1.0 | 0.6-1.3 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2.  if African American, multiply by 1.210.  A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 8.9 | 8.4-10.2 | mg/dL |
| Glucose | H | 120 | 70-109 | mg/dL |
| AST | | 14 | 5-34 | U/L |
| ALT | | 13 | 8-55 | U/L |
| Alkaline Phosphatase | | 80 | 40-140 | U/L |
| Bilirubin, Total | | 0.6 | 0.2-1.0 | mg/dL |
| Total Protein | L | 5.9 | 6.4-8.3 | g/dL |
| Albumin | | 3.6 | 3.5-5.0 | g/dL |
| Globulin | | 2.3 | | g/dL |
| Alb/Glob Ratio | | 1.57 | 1.00-2.30 | |
| Anion Gap | | 9.7 | 9.0-19.0 | |
| BUN/Creat Ratio | | 17.7 | 5.0-30.0 | |
| Cholesterol | | 159 | <200 | mg/dL |
| Triglycerides | | 97 | <150 | mg/dL |
| HDL Cholesterol | | 41 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 99 | <130 | mg/dL |
| Chol/HDL Ratio | | 3.9 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| ▇▇▇▇▇ | ▇▇ | 0.00-4.00 | ng/mL |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 7.2 | 4.0-11.0 | K/uL |
| RBC | 5.44 | 4.50-6.00 | M/uL |
| Hemoglobin | 16.1 | 13.5-18.0 | g/dL |
| Hematocrit | 49.6 | 40.0-52.0 | % |
| MCV | 91.2 | 80.0-100.0 | fL |
| MCH | 29.6 | 25.4-34.6 | pg |
| MCHC | 32.4 | 31.0-37.0 | g/dL |

**FLAG LEGEND**    L=Low  L!=Low Critical    H=High  H!=High Critical    A=Abnormal  A! =Abnormal Critical



**Federal Bureau of Prisons**

### FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707



**\*\*\* Sensitive But Unclassified \*\*\***

| | | |
|---|---|---|
| **Name** VANDIVERE, JAMES | **Facility** FCI Butner Med I | **Collected** 07/20/2017 06:56, 07/27/2017 07:00, 08/07/2017 09:02 |
| **Reg #** 99078-011 | **Order Unit** **BUX Unit** M03 | **Received** 07/27/2017 09:39 |
| **DOB** 07/31/1948 | **Provider** Stanislaw Sielicki, MLP | **Reported** 08/07/2017 09:02 |
| **Sex** M | | **LIS ID** 200171422 |

---

### REFUSAL / REJECT

Occult blood cards never returned by inmates.
Complete

---

### CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 3.8 | 3.5-5.1 | mmol/L |
| Chloride | H | 111 | 98-107 | mmol/L |
| CO2 | | 24 | 21-32 | mmol/L |
| BUN | | 17 | 7-26 | mg/dL |
| Creatinine | | 0.9 | 0.6-1.3 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 8.4 | 8.4-10.2 | mg/dL |
| Glucose | | 80 | 70-109 | mg/dL |
| AST | | 20 | 5-34 | U/L |
| ALT | | 27 | 8-55 | U/L |
| Alkaline Phosphatase | | 78 | 40-140 | U/L |
| Bilirubin, Total | | 0.7 | 0.2-1.0 | mg/dL |
| Total Protein | L | 6.0 | 6.4-8.3 | g/dL |
| Albumin | | 3.5 | 3.5-5.0 | g/dL |
| Globulin | | 2.5 | | g/dL |
| Alb/Glob Ratio | | 1.40 | 1.00-2.30 | |
| Anion Gap | L | 6.5 | 9.0-19.0 | |
| BUN/Creat Ratio | | 18.0 | 5.0-30.0 | |
| Cholesterol | | 129 | <200 | mg/dL |
| Triglycerides | | 67 | <150 | mg/dL |
| HDL Cholesterol | L | 31 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 85 | <130 | mg/dL |
| Chol/HDL Ratio | H | 4.1 | 0.0-4.0 | |

### SPECIAL CHEMISTRY

| | | | | |
|---|---|---|---|---|
| ▉▉▉▉ | H | ▉▉▉▉ | 0.00-4.00 | ng/mL |

### HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| WBC | | 7.0 | 4.0-11.0 | K/uL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical



**Federal Bureau of Prisons**

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707



*** Sensitive But Unclassified ***

| | | | | | |
|---|---|---|---|---|---|
| **Name** | VANDIVERE, JAMES | **Facility** | FCI Butner Med I | **Collected** | 09/06/2018 06:30 |
| **Reg #** | 99078-011 | **Order Unit** | M03-154L | **Received** | 09/06/2018 09:09 |
| **DOB** | 07/31/1948 | **Provider** | Lawrence  Sichel, MD | **Reported** | 09/06/2018 12:21 |
| **Sex** | M | | | **LIS ID** | 222182418 |

### CHEMISTRY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Sodium | | 141 | 136-145 | mmol/L |
| Potassium | | 4.3 | 3.5-5.1 | mmol/L |
| Chloride | H | 109 | 98-107 | mmol/L |
| CO2 | | 21 | 21-32 | mmol/L |
| BUN | | 16 | 7-26 | mg/dL |
| Creatinine | | 0.92 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

eGFR units measured as mL/min/1.73 m^2.  if African American, multiply by 1.210.  A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.1 | 8.4-10.2 | mg/dL |
| Glucose | | 82 | 70-109 | mg/dL |
| AST | | 15 | 5-34 | U/L |
| ALT | | 11 | 8-55 | U/L |
| Alkaline Phosphatase | | 88 | 40-140 | U/L |
| Bilirubin, Total | | 0.5 | 0.2-1.0 | mg/dL |
| Total Protein | | 6.4 | 6.4-8.3 | g/dL |
| Albumin | | 3.6 | 3.5-5.0 | g/dL |
| Globulin | | 2.8 | | g/dL |
| Alb/Glob Ratio | | 1.29 | 1.00-2.30 | |
| Anion Gap | | 11.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 16.8 | 5.0-30.0 | |

### SPECIAL CHEMISTRY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| ████████ | H | ████ | 0.00-4.00 | ng/mL |

### HEMATOLOGY

| Test | Result | Reference | Units |
|---|---|---|---|
| WBC | 6.4 | 4.0-11.0 | K/uL |
| RBC | 5.27 | 4.50-6.00 | M/uL |
| Hemoglobin | 16.2 | 13.5-18.0 | g/dL |
| Hematocrit | 48.5 | 40.0-52.0 | % |
| MCV | 92.1 | 80.0-100.0 | fL |
| MCH | 30.8 | 25.4-34.6 | pg |
| MCHC | 33.4 | 31.0-37.0 | g/dL |
| RDW | 13.2 | 11.0-15.0 | % |
| Platelet | 204 | 150-400 | K/uL |
| MPV | 8.6 | 7.0-11.0 | fL |
| Neutrophils # | 3.4 | 1.5-7.1 | K/uL |
| Lymphocytes # | 2.3 | 0.9-3.3 | K/uL |

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707



**\*\*\* Sensitive But Unclassified \*\*\***

| | |
|---|---|
| **Name** VANDIVERE, JAMES | **Facility**  FCI Butner Med I |
| **Reg #** 99078-011 | **Order Unit** M03-154L |
| **DOB**  07/31/1948 | **Provider** M. Van Sickle, ANP-BC |
| **Sex**   M | |

| | |
|---|---|
| **Collected** 09/11/2019 06:30 |
| **Received** 09/11/2019 07:41 |
| **Reported** 09/11/2019 13:23 |
| **LIS ID**   282181945 |

## CHEMISTRY

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 4.3 | 3.5-5.1 | mmol/L |
| Chloride | H | 110 | 98-107 | mmol/L |
| CO2 | L | 20 | 21-32 | mmol/L |
| BUN | | 15 | 7-26 | mg/dL |
| Creatinine | | 1.01 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2.  if African American, multiply by 1.210.  A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| Calcium | | 8.4 | 8.4-10.2 | mg/dL |
| Glucose | H | 115 | 70-109 | mg/dL |
| AST | | 16 | 5-34 | U/L |
| ALT | | 16 | 8-55 | U/L |
| Alkaline Phosphatase | | 79 | 40-140 | U/L |
| Bilirubin, Total | | 0.4 | 0.2-1.0 | mg/dL |
| Total Protein | | 6.6 | 6.4-8.3 | g/dL |
| Albumin | | 3.8 | 3.5-5.0 | g/dL |
| Globulin | | 2.8 | | g/dL |
| Alb/Glob Ratio | | 1.36 | 1.00-2.30 | |
| Anion Gap | | 9.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 14.7 | 5.0-30.0 | |

## SPECIAL CHEMISTRY

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮ | H | ▮▮▮▮▮▮ | 0.00-4.00 | ng/mL |

This testing method is a chemiluminescent microparticle (CMIA) manufactured by Abbott Laboratories and performed on the Architect system.  Values obtained with different assay methods or kits may be different and cannot be used interchangeably.  Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

## HEMATOLOGY

| Test | Value | Range | Units |
|---|---|---|---|
| WBC | 8.0 | 4.0-11.0 | K/uL |
| RBC | 5.38 | 4.50-6.00 | M/uL |
| Hemoglobin | 16.5 | 13.5-18.0 | g/dL |
| Hematocrit | 49.9 | 40.0-52.0 | % |
| MCV | 92.7 | 80.0-100.0 | fL |
| MCH | 30.6 | 25.4-34.6 | pg |
| MCHC | 33.0 | 31.0-37.0 | g/dL |
| RDW | 13.6 | 11.0-15.0 | % |
| Platelet | 225 | 150-400 | K/uL |
| MPV | 8.8 | 7.0-11.0 | fL |

| **FLAG LEGEND** | L=Low | L!=Low Critical | H=High | H!=High Critical | A=Abnormal | A! =Abnormal Critical |
|---|---|---|---|---|---|---|



## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707



**\*\*\* Sensitive But Unclassified \*\*\***

| | | |
|---|---|---|
| **Name** VANDIVERE, JAMES | **Facility** FMC Butner | **Collected** 02/13/2020 08:45 |
| **Reg #** 99078-011 | **Order Unit** C04-303L | **Received** 02/13/2020 08:50 |
| **DOB** 07/31/1948 | **Provider** Tiffany Williams, PA-C | **Reported** 02/13/2020 12:05 |
| **Sex** M | | **LIS ID** 042202371 |

### CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 4.6 | 3.5-5.1 | mmol/L |
| Chloride | H | 110 | 98-107 | mmol/L |
| CO2 | | 22 | 21-32 | mmol/L |
| BUN | | 16 | 7-26 | mg/dL |
| Creatinine | | 0.76 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | L | 8.3 | 8.4-10.2 | mg/dL |
| Glucose | H | 119 | 70-109 | mg/dL |
| AST | H | 68 | 5-34 | U/L |
| ALT | H | 100 | 8-55 | U/L |
| Alkaline Phosphatase | | 108 | 40-140 | U/L |
| Bilirubin, Total | | 0.3 | 0.2-1.0 | mg/dL |
| Total Protein | L | 5.5 | 6.4-8.3 | g/dL |
| Albumin | L | 2.8 | 3.5-5.0 | g/dL |
| Globulin | | 2.7 | | g/dL |
| Alb/Glob Ratio | | 1.04 | 1.00-2.30 | |
| Anion Gap | | 10.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 20.5 | 5.0-30.0 | |

### SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮▮▮ | 0.00-4.00 | ng/mL |

This testing method is a chemiluminescent microparticle (CMIA) manufactured by Abbott Laboratories and performed on the Architect system. Values obtained with different assay methods or kits may be different and cannot be used interchangeably. Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

### HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| WBC | | 7.0 | 4.0-11.0 | K/uL |
| RBC | | 4.54 | 4.50-6.00 | M/uL |
| Hemoglobin | | 13.7 | 13.5-18.0 | g/dL |
| Hematocrit | | 42.6 | 40.0-52.0 | % |
| MCV | | 93.8 | 80.0-100.0 | fL |
| MCH | | 30.1 | 25.4-34.6 | pg |
| MCHC | | 32.1 | 31.0-37.0 | g/dL |
| RDW | | 14.0 | 11.0-15.0 | % |
| Platelet | | 254 | 150-400 | K/uL |
| MPV | | 8.3 | 7.0-11.0 | fL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



### Federal Bureau of Prisons

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707



*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** VANDIVERE, JAMES | **Facility** FCI Butner Med I | **Collected** 06/11/2020 10:33 |
| **Reg #** 99078-011 | **Order Unit** M03-154L | **Received** 06/11/2020 10:33 |
| **DOB** 07/31/1948 | **Provider** Ron Allison, MD | **Reported** 06/11/2020 13:28 |
| **Sex** M | | **LIS ID** 062201677 |

---

### SPECIAL CHEMISTRY

▓▓▓▓▓   ▓▓▓▓   ▓▓▓▓                              0.00-4.00              ng/mL

This testing method is a chemiluminescent microparticle (CMIA) manufactured by Abbott Laboratories and performed on the Architect system.  Values obtained with different assay methods or kits may be different and cannot be used interchangeably. Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

---

**FLAG LEGEND**      L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

**EXHIBIT 'E'**

7004/005



## CLINICAL PATHOLOGY ASSOCIATES
1818 Pine Street, Suite 123, Abilene, TX 79601
1-800-478-9341   325-670-6500

PATHOLOGISTS:
James I. Duff, M.D.
Maureen E. Trotter, M.D.
Bertram B. Gesslin, M.D.
Jerry C. DePriest, M.D.
Mark A. Pollock, M.D.
David P. Stanley, M.D.

### SURGICAL PATHOLOGY REPORT

**Accession #: OS0702591**

RUDY HADDAD, M.D.
1501 W 11TH PLACE  STE 103
BIG SPRING, TX 79720

**Patient: VANDIVERE, JAMES**
DOB: 7/31/1948   Age: 58   Sex: Male
Specimen Date: 2/27/2007
Date Received: 2/28/2007
Date Printed: 2/28/2007

Physician(s): RUDY HADDAD, M.D.

Chart #: 2985

**Diagnosis:**
RIGHT ████████E, NEEDLE BIOPSIES:
        ████IGNANCY IDENTIFIED.
        - FOCAL CHRONIC INFLAMMATION.
RIGHT PROSTATE, T-ZONE, NEEDLE BIOPSIES:
        ████LIGNANCY IDENTIFIED.
LEFT PROSTATE, NEEDLE BIOPSIES:
        ████LIGNANCY IDENTIFIED.
LEFT PROSTATE, T-ZONE, NEEDLE BIOPSIES:
        ████LIGNANCY IDENTIFIED.

JID/ba
2/28/2007

_James I. hloff, m.d._

James I. Duff, M.D.
(Electronic Signature)

**SPECIMEN SOURCE:**
1. RIGHT PROSTATE SEGMENTS
2. RIGHT T-ZONE
3. LEFT PROSTATE SEGMENTS
4. LEFT T-ZONE

**CLINICAL HISTORY:**
BPH

**GROSS:**
Four containers are received. The specimen is labeled right segments of prostate and consists of three white needle biopsy tissue fragments measuring from 6-10 mm in length and less than 1 mm in diameter each. All is submitted as A.

The specimen is labeled right T-zone and consists of a white needle biopsy tissue fragment measuring 12 mm in length and less than 1 mm in diameter. All is submitted as B.

The specimen is labeled left prostate segments and consists of three white needle biopsy tissue fragments measuring from 8-12 mm in length and less than 1 mm in diameter each. All is submitted as C.

The specimen is labeled left T-zone and consists of a white needle biopsy tissue fragment measuring 8 mm in length and less than 1 mm in diameter. All is submitted as D.

JID/vv/gu

**MICROSCOPIC:**
Microscopic examination performed by James I. Duff, MD.

_D.R._
_4/18/07_

ACCESSION NO.: OS0702591                    PAGE 1



# CLINICAL PATHOLOGY ASSOCIATES
1818 Pine Street, Suite 123, Abilene, TX 79601
1-800-478-9341   325-670-6500

**PATHOLOGISTS:**
James I. Duff, M.D.
Maureen E. Trotter, M.D.
Bertram B. Goezlin, M.D.
Jerry C. DePriest, M.D.
Mark A. Pollock, M.D.
David P. Stanley, M.D.

## SURGICAL PATHOLOGY REPORT

**Accession #: OS0702591**

RUDY HADDAD, M.D.
1501 W 11TH PLACE STE 103
BIG SPRING, TX 79720

**Patient: VANDIVERE, JAMES**
DOB: 7/31/1948   Age: 58   Sex: Male
Specimen Date:
Date Received: 2/28/2007
Date Printed: 2/28/2007

FEB 2007

MAR 1 2007

ACCESSION NO.: OS0702591        PAGE 2        D.R. 4/18/07

**Haddad Urology Clinic, P.A.**

**TRUS Progress**

Date: 2-27-07                                    Vitals as of 2-8.07 (if not today)

Hgt: 5'11"   Wt: 197   Resp: 18   Pulse: 80   BP: 131  166   Temp: 97 9   Age: 58

Allergies: NKDA                          Medications: See Medication Summary

Reason for today's visit: Prostate US, Flow rate, TRUS   ★ Referred by Dr. Haddad

Any Change from previous visit of: (No)  Yes ____   Last Visit: 2-8.07

History of Present Complaint: Treated + Cipro x one month.

Dysuria: NO   Gross Hematuria: NO   Urethral Discharge: NO   Urinary Incontinence: NO - urge.

PSA: 47.8   Date: 1-31-07   Other Labs/Test: Flow rate ↓
                                                Pelvic US - Thick Bowell

DRE: ___ Normal ___ Stage A   SEMINAL VESICLES:           SYMMERTY: ___ Normal
     ___ Suspicious                  ___ Normal                      ___ R > L
     ___ CA Likely:  Nodule _ cm     ___ Enlarged: R / L / both      ___ L > R
     ___ CA Certain:  Caps  +  ?     ___ Absent: R / L both
                                     ___ Other: ___

SIZE: Volume 42.60 cm:  Width 5.54 cm  Height 3.70 cm.  Length 4.00 cm.

VERU TO BLADDER NECK MEASURMENT: 7.99 cm.

URETHRA: ✓ Normal   NO TUR defect   EJACULATORY DUCTS: NL

INNER GLAND (TZ): ___ Normal   (BPH)   Calculi ___ Other: ___

SURGICAL CAPSULE: ✓ Normal   Calculi ___ Distorted: ___

PERIPHERAL ZONE: ___ Normal   (Hypoechoic): ___ Calculi ___ Cyst ___ Vascular ___

CAPSULE: ✓ Intact   Penetrated ___ Suspicious: ___

DESCRIPTION OF LESIONS:  Hypo (xx)  Cystic (**)  Calculi (oo)  Vascular (vv)



Biopsy # of Cores  3 P2
Rt Four { 1T2
Lt Same.

RT. ___ LT. ___

Impression/Diagnosis: ① ↑ PSA  ② Suspicious Prostate  ③ Enlarged Prostate.
④ Slow flow rate - Max=15  ⑤ Reduced Ba Capacity (179ml) 426 cm³.
              AV=7
              Vol=199  ⑥ Prostatit  ⑦ Arthrit  ⑧ Gout  ⑨ Frequency/urge
         ⑩ AUA Score=30   Rx Gentamycin 180 IM
                          Administered Pre procedure
                          No Complications
Plan of care and Orders 2 Guard    Hand written Prison document
1. Patient & (spouse/family) education on all above findings.   & did & Rx Cipro 500 Po BID x1 No
2. Reviewed all Patient records available and lab/x-ray reports.   re x Next visit to Prison
3. Education (spouse/family) on all treatment options.            facility.
4. Education (spouse/family) on all prox., cons., risk & complications
   of proposed medications, x-rays, procedures & surgerics.
5. Education on hydration, voiding habits, dietary habits and restrictions.
   vitamins, etc.
6. Patient & (spouse/family) verbalized understanding and consented to
   proposed plan of treatment.
7. Patient education on possible hematuria, hemospermia, bleeding
   per rectum, urinary retention, fever/chills, urosepsis, etc.
8. Patient states he is not taking Nitrates: Nitroglycerine,
   Isosorbide, etc.

Dr. Signature _____   Date 2/27/7

Name: VANDIVERE, JAMES
DOB: 07/31/1948
CHART # 2985
MR #:

D.R.
4/18/07

**OPERATIVE REPORT**



**U.S. DEPARTMENT OF JUSTICE**    **FEDERAL BUREAU OF PRISONS**

| **Name:** VANDIVERE, JAMES DOW **Reg. #:** 99078-011 **DOB:** 07/31/1948 | **Referred By:** BUTNER FCI **Attending:** OGLE, ADRIAN |
|---|---|

| PROCEDURE: Transrectal ultrasound-guided biopsy of the prostate. | | _BUT_ |
|---|---|---|
| Date of Visit: 11/15/2019 | Dictation Received: 11/15/2019 | Dictation Transcribed: 11/15/2019 |

**Sensitive but Unclassifed**

**OPERATIVE NOTE**
**PREOPERATIVE DIAGNOSIS:** ███████████████████████████ /2019.

**POSTOPERATIVE DIAGNOSIS:** Elevated PSA to 2██████████████████

**ATTENDING:** Adrian Ogle, MD.

**ANESTHESIA:** IV sedation.

**ESTIMATED BLOOD LOSS:** Zero.

**FINDINGS:** No lesions.

**CONDITION:** Stable.

**INDICATIONS FOR OPERATION:** This is a __71__-year-old male with a history of elevated PSA of 21.35 and a normal prostate exam, who presents now for a prostate biopsy. The risks of bleeding and infection were discussed with the patient.

**DESCRIPTION OF PROCEDURE:** Patient was brought to the OR. He was placed in the left lateral decubitus position. He was given IV sedation. Once sedated, a rectal exam revealed a slightly enlarged prostate without nodules. Rectal probe was placed, and the prostate was identified. The prostate length was measured to be 5.63 cm, height 4.27 cm, width 6.42 cm, which gives him a volume of 80.7 cm, and a PSA density of 0.26. He was noted to have BPH nodules with the left side being larger than the right. The contour of the prostate was normal. Prostate block was done using 10 mL of 1% lidocaine plain, and then, ultrasound-guided biopsy of the prostate was done in a systematic fashion, 12 core biopsies were done. The probe was removed. There was no bleeding. He tolerated procedure well and was transferred back to recovery room in stable condition. Of note, he got preoperatively Levaquin 750 mg and Rocephin 1 g.

| Signature: Adrian Ogle, M.D. |
|---|

_AO_
_Electronically Signed 11/18/2019 09:15_

_Job No: 087117_

# Bureau of Prisons
## Health Services
### Consultation Request

| | |
|---|---|
| **Inmate Name:** VANDIVERE, JAMES DOW | **Reg #:** 99078-011   **Complex:** BUX |
| **Date of Birth:** 07/31/1948 | **Sex:** M |

**Consultation/Procedure Requested:** Urology

**Subtype:** Inhouse Procedure

**Priority:** Routine

**Target Date:** 11/22/2019

**Reason for Request:**

need prostate biopsy fo ▬▬▬▬▬▬▬

**Provisional Diagnosis:**

elevated PSA

**Medications (As of 11/01/2019)**

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT  Exp: 08/26/2020  SIG: Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)

Doxazosin 8 MG Tab  Exp: 08/26/2020  SIG: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Triamcinolone 0.1%  80 GM Cream  Exp: 03/02/2020  SIG: Apply topically to the affected area(s) twice daily

OTC-Acetaminophen 325 MG Tab (OTC) 100 count  Details:take as directed on the bottle

OTC-Chlorpheniramine 4 MG Tab (OTC) 100 count  Details:use as directed on package

OTC-Mylanta DS  Susp (OTC) 400-400-40 MG/5ML (480ml)  Details:Use as directed

**Allergies (As of 11/01/2019)**

No Known Allergies

**Health Problems (As of 11/01/2019)**

BPH, Benign Hypertophy of Prostate, Dermatitis/eczema due to unspecified cause, Osteoarthrosis, generalized, Elevated prostate specific antigen [PSA], Seborrhea, Cataract, unspecified, COPD, Chronic airway obstruction, not elsewhere, Other Specified Paraphilic Disorder, Other Specified Personality Disorder

**Inmate Requires Translator:**  No          **Language:**

**Additional Records Required:**

**Comments:**

**Requested By:**  Van Sickle, M. ANP-BC

**Ordered Date:**  09/13/2019 14:53

**Scheduled Target Date:** 11/22/2019 00:00

**Level of Care:**   Medically Necessary - Non-Emergent

# Bureau of Prisons
## Health Services
### Consultation Request

| Inmate Name: VANDIVERE, JAMES DOW | Reg #: 99078-011 | Complex: BUX |
|---|---|---|
| Date of Birth:    07/31/1948 | Sex:   M | |

**Report of Consultation:** Urology

**Subtype:** Inhouse Procedure

**Inmate Name:** VANDIVERE, JAMES DOW

Date of Birth: 07/31/1948

**Institution:** BUTNER MED FCI
OLD NC HWY 75
BUTNER,North Carolina 27509
9195754541

Reg #:      99078-011
Sex:         M

**Assessment:**

TRUS&bx

Volume 80.7cm

Findings: BPH nodule L >R.

12 cores

PSAD 0.26

**Plan:**

Adrian Ogle, MD

**Signature
Date**

Completed By:

Job # 087117

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

Name: Vandivere, James
Reg #: 99078-011
DOB: 07/31/1948

PREVIOUS EDITION IS USABLE



**FMC Butner**

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

1140

Operative Note:

Pre-Operative Diagnosis:

Post-Operative Diagnosis:

*Same*

Procedure Performed:

*TRUS i bx*

Surgeon: *Ogle*          Assistants:

Anesthesia Agent Used: *IV sedation*

Estimated Blood Loss: *∅*

Findings/Specimens: *∅ lesions*

Condition of Patient: *stable*

Post-Operative Orders:

Dressing Changes:                  Adrian Ogle, MD

Pain Medication:

Activity Level:

Diet:                    *Ogle*
                    *JOB# 087117*

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | | RECORDS MAINTAINED AT |
|---|---|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*   | REGISTER NO. | WARD NO. |

FCC  BUTNER

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

**FMC Butner**

Name: Vandivere, James
Reg #: 99078-011
DOB: 07/31/1948

Name: Vandivere, James
Reg #: 99078-011
DOB: 07/31/1948

**FMC Butner**



**Peri-Operative Verification Process**
**TIME OUT**

☑ Identification is confirmed with patient, armband and register number. Patient states full name, date of birth and site and side of procedure (1st and 2nd identifier).

☑ Consent forms verified by the pre-procedural nurse/team

☑ Procedural physician has confirmed site/side/marking/procedure with initials. Patient and procedural physician marking consistent with informed consent.

☑ IV Antibiotics Ordered/Given

☑ Patient Position: _____ Left Lateral _____

☑ Procedure _____ Prostate Biopsy _____

**PROCEDURE MAY NOT COMMENCE UNTIL CONFIRMATION OF ALL CHECKLIST TASKS IS COMPLETE.**

☐ Discrepancy noted. ☑ N/A Surgeon notification time:_____.

☐ Documentation of discrepancy and resolution completed, (if any discrepancies or uncertainties, the physician has clarified the discrepancies or uncertainties). Verified by:_____

List members present for the "time out" _____ Oye, lemons, Sherod, mills _____

Signature and Title Printed          Date and Time

Name _N. Velez leopR_      _11/5/9_

Printed Name _N. Velez leopR @ 1133_

| Fire Risk Assessment | Score (circle each) |
|---|---|
| 1. Procedure site or incision above the xiphoid | 1 (yes) 0 (no) |
| 2. Open oxygen source (face mask/nasal cannula) | 1 (yes) 0 (no) |
| 3. Ignition source (cautery, laser, fiberoptic light) | 1 (yes) 0 (no) |
| | Total: 1 |
| SCORE of 1 or 2 – Initiate Routine Protocol | ☒ |
| SCORE of 3 – Initiate High Risk Fire Protocol | ☐ |
| Initial: NV   Time: 1133 | |

**Mark Procedure Site/Side**



Name: Vandivere, James
Reg #: 99078-011
DOB: 07/31/1948

**FMC Butner**



*Federal Medical Center Butner, North Carolina*
## Operating Room - Nursing Notes

Pre-Op Date 11/14/19   LABS (date): 11/7/19   PT: 10.3   PTT: X   INR: 1.03

Primary Care Physician: Van Sickle

Surgeon: Doe    ALERT: Mastectomy / Fistula   L / R

Procedure: ▓▓▓▓▓▓▓▓▓▓    Pre-Procedure Diagnosis: Elevated PSA

PSA level on 9/11/19 = 21.35
Prior on 9/6/18 = 14.90

**PRE-PROCEDURE PHASE**
**NURSING PROBLEM 1:**   Potential for inadequate preparation of patient
<u>Desired Outcome:</u>   Patient is prepared physically, emotionally, and psychologically for the procedure
Patient verbalized understanding of the procedure, teaching, and plan of care
Interventions:   Listed Below   Evaluation: Met ✓   Not Met: _____

**PATIENT TEACHING**

**MEDICAL HISTORY:**
- ☐ Heart Disease
- ☐ Valve Disease
- ☐ Prosthetic/Implant
  Type: _____
- ☐ Pacemaker/AICD
- ☐ Hypertension
- ☑ Lung Disease COPD
- ☐ Kidney Disease
- ☐ Diabetes
- ☐ Cancer
- ☐ Seizure Disorder
- ☐ Immunosuppressed
- ☐ Bleeding Disorder
- ☐ Infectious Disease
  Type: _____
- ☐ Sleep Apnea

**Communication:**
- ☐ Language Barrier
- ☐ Hearing Impairment
- ☑ Visual Impairment — Cataract

**CURRENT MEDICATIONS:**
(circle meds taken today)
- ☑ See BEMR Pharmacy Medication Summary
1. _____
2. _____
3. _____
4. _____

Completed ☑ Yes   ☐ Deferred
Method Used: ☑ Verbal ☐ Pamphlets
☑ Scheduled procedure, medications, and anticipated patient Experience Pre-Op, Intra and Post procedure.
☑ Patient Verbalized Understanding

- ☐ ASA / NSAID
- ☐ ETOH Use
- ☐ Anticoagulants
- ☐ Substance Use

**PAST SURGICAL HISTORY**
☑ See H&P

**ALLERGIES AND/OR SENSITIVITIES** ☑ NKDA

Procedure Date 11/15/19
TEMP: 99.2°
Time of Arrival to OR: 0903
Mode of Arrival: ☐ W/C   ambulatory ✓   Walker _____   ☐ Stretcher

Baseline Pain Score (1-10) 0   Blood Sugar: _____ NA ✓

**PREP FOR PROCEDURE**
- ☑ NPO
- ☑ ID Band On
- ☑ Procedure Explained
- ☑ Informed Consent Signed
- ☑ Anesthesia Consent Signed
- ☑ Bowel Prep (circle one)
  No   Yes: type: _____

**SKIN:** ☑ Warm ☐ Dry
- ☐ Cool   ☐ Clammy ☐ Pale
- ☐ Pink   ☐ Dusky

**INTRAVENOUS:**
Cath/gauge 20ga   Site ® Hand
Fluids: NS 0.9% @ 100
Antibiotics; dose/   start
Levaquin 500mg oral @ 1120
Rocephin 1 gram IV @ 1120

by N. Vélez RN

Signature/Title/Date:
J. Green RN 11/15/19

☑ Alert ☐ Confused
☐ Non-responsive ☑ Oriented

**COMMENTS:**

| INITIALS | | SIGNATURE |
|---|---|---|
| NV | Pre-Op | N. Vélez RN |
| NV | Procedure day | N. Vélez RN |

**FMC Butner**

Name: Vandivere, James
Reg #: 99078-011
DOB: 07/31/1948

Vandivere, James
REG#: 99078-011
FMC BUTNER

# FMC BUTNER
## Operating Room



**DATE OF SURGERY:** 11 15 19

**NAME OF PATIENT AND REG#:**

**NAME OF SURGEON:** A. OGLE

**PROCEDURE PERFORMED:** PROSTATE BIOPSY

| Specimens # | Pathology site |
|---|---|
| 8 | Left Lateral Apex |
| 7 | Left Mid Apex |
| 10 | Left Mid Mid |
| 9 | Left Mid Lateral |
| 12 | Left Mid Base |
| 11 | Left Lateral Base |
| 1 | Right Lateral Base |
| 2 | Right Mid Base |
| 4 | Right Mid Mid |
| 3 | Right Lateral Mid |
| 5 | Right Lateral Apex |
| 6 | Right Mid Apex |

RTE: AFS 919-575-4853   SEQ: ZZRL

# DIANON *Systems*
A **LabCorp** Company

Department of Uropathology

Surgical Pathology number: PJ9802981

**32420540**   **DIAGNOSTIC REPORT**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| 321-322-0301-0 | 99078-011 | M | 07/31/1948 71 Yrs | 2 of 4 |

| Patient Name | *****Collected |
|---|---|
| VANDIVERE, JAMES | 11/15/19 |

| Requesting Physician | Received |
|---|---|
| OGLE, ADRIAN | 11/16/19 |

| Referring Physician | Reported |
|---|---|
| | 11/21/19 |

---

## PATHOLOGY CONSULTATION (Continued)

■ SPECIMEN 9:  Prostate CNB, Left Mid Lateral

**DIAGNOSIS:**
**PROSTATIC ADENOCARCINOMA. GLEASON'S SCORE 6 (GRADES 3 + 3) NOTED IN 2 OUT OF 2 SUBMITTED PROSTATE CORE SEGMENTS. APPROXIMATELY 71% OF SUBMITTED TISSUE INVOLVED.. (GRADE GROUP 1)**

Comments:
Grade groups range from 1 (most favorable) to 5 (least favorable). Pierorazio et al. BJU Int 111: 753-60, 2013. Epstein et al.EUR UROL 69: 428-35, 2016.

☐ SPECIMEN 1:  Prostate CNB, Right Lateral Base

**DIAGNOSIS:**
**BENIGN PROSTATE TISSUE. NO EVIDENCE OF MALIGNANCY.**

☐ SPECIMEN 2:  Prostate CNB, Right Mid Base

**DIAGNOSIS:**
**BENIGN PROSTATE TISSUE. NO EVIDENCE OF MALIGNANCY.**

☐ SPECIMEN 3:  Prostate CNB, Right Lateral Mid

**DIAGNOSIS:**
**BENIGN PROSTATE TISSUE. NO EVIDENCE OF MALIGNANCY.**

☐ SPECIMEN 4:  Prostate CNB, Right Mid Mid

**DIAGNOSIS:**
**BENIGN PROSTATE TISSUE. NO EVIDENCE OF MALIGNANCY.**

☐ SPECIMEN 5:  Prostate CNB, Right Lateral Apex

**DIAGNOSIS:**
**BENIGN PROSTATE TISSUE. NO EVIDENCE OF MALIGNANCY.**

☐ SPECIMEN 6:  Prostate CNB, Right Mid Apex

**DIAGNOSIS:**
**BENIGN PROSTATE TISSUE. NO EVIDENCE OF MALIGNANCY.**

☐ SPECIMEN 11:  Prostate CNB, Left Lateral Base

**DIAGNOSIS:**
**BENIGN PROSTATE TISSUE. NO EVIDENCE OF MALIGNANCY.**

CONTINUED ON NEXT PAGE

This document contains private and confidential health information protected by state and federal law.  If you have received this document in error, please call 1-800-328-2666

# DIANON *Systems*
### A **LabCorp** Company

Department of Uropathology

Surgical Pathology number: PJ9802981

**32420540       DIAGNOSTIC REPORT**
Phone: 919-575-3900  Fax: 919-575-4853
**FEDERAL MEDICAL CTR**
**FEDERAL CORRECTIONAL COMPLEX**
**PO BOX 999**
**BUTNER, NC 27509    NCB28**

| Pcr | | | RTE: AFS 919-575-4853 | SEQ: ZZRL |
|---|---|---|---|---|
| **Accession No.** 321-322-0301-0 | **Chart No.** 99078-011 | **Sex** M | **D.O.B.** 07/31/1948  71 Yrs | **Page** 1 of 4 |
| **Patient Name** VANDIVERE, JAMES | | | ***** | **Collected** 11/15/19 |
| **Requesting Physician** OGLE, ADRIAN | | | | **Received** 11/16/19 |
| **Referring Physician** | | | | **Reported** 11/21/19 |
| **Clinical** PSA | | | | |

## PATHOLOGY CONSULTATION

### PHOTOMICROGRAPH



■ **SPECIMEN 7:** 

**DIAGNOSIS:**

**PROSTATIC ADENOCARCINOMA. GLEASON`S SCORE 8 (GRADES 4 + 4) NOTED IN 2 OUT OF 3 SUBMITTED PROSTATE CORE SEGMENTS. APPROXIMATELY 16% OF SUBMITTED TISSUE INVOLVED. (GRADE GROUP 4)**

Comments:
Grade groups range from 1 (most favorable) to 5 (least favorable). Pierorazio et al. BJU Int 111: 753-60, 2013. Epstein et al.EUR UROL 69: 428-35, 2016.

■ **SPECIMEN 8:** 

**DIAGNOSIS:**

**PROSTATIC ADENOCARCINOMA. GLEASON`S SCORE 7 (GRADES 4 + 3) NOTED IN 1 OUT OF 1 SUBMITTED PROSTATE CORE SEGMENTS. APPROXIMATELY 60% OF SUBMITTED TISSUE INVOLVED.. GLEASON GRADE 4 COMPRISES 80% OF THE TUMOR. (GRADE GROUP 3)**

Comments:
Grade groups range from 1 (most favorable) to 5 (least favorable). Pierorazio et al. BJU Int 111: 753-60, 2013. Epstein et al.EUR UROL 69: 428-35, 2016.

■ **SPECIMEN 10:** 

**DIAGNOSIS:**

**PROSTATIC ADENOCARCINOMA. GLEASON`S SCORE 7 (GRADES 3 + 4) NOTED IN 1 OUT OF 1 SUBMITTED PROSTATE CORE SEGMENTS. APPROXIMATELY 14% OF SUBMITTED TISSUE INVOLVED.. GLEASON GRADE 4 COMPRISES 5% OR LESS OF THE TUMOR. (GRADE GROUP 2)**

Comments:
Grade groups range from 1 (most favorable) to 5 (least favorable). Pierorazio et al. BJU Int 111: 753-60, 2013. Epstein et al.EUR UROL 69: 428-35, 2016.

CONTINUED ON NEXT PAGE



CaPMap™



**Other**

| | | |
|---|---|---|
| 16% | 4+4=8 | Left Mid Apex (2/3) |
| 14% | 3+4=7 | Left Mid Mid (1/1) |
| 71% | 3+3=6 | Left Mid Lateral (2/2) |
| | | Right Mid Base |
| | | Right Mid Mid |
| | | Right Mid Apex |
| | | Left Mid Base |

**Transition Zone**

This document contains private and confidential health information protected by state and federal law.  If you have received this document in error, please call 1-800-328-2666

# DIANON Systems
### A LabCorp Company

Department of Uropathology

Surgical Pathology number: PJ9802981

**32420540**        **DIAGNOSTIC REPORT**



RTE: AFS 919-575-4853   SEQ: ZZRL

| Accession No. | Chart No. | Sex | D.O.B. | | Page |
|---|---|---|---|---|---|
| 321-322-0301-0 | 99078-011 | M | 07/31/1948 | 71 Yrs | 3 of 4 |

| Patient Name *****| Collected |
|---|---|
| VANDIVERE, JAMES | 11/15/19 |

| Requesting Physician | Received |
|---|---|
| OGLE, ADRIAN | 11/16/19 |

| Referring Physician | Reported |
|---|---|
| | 11/21/19 |

## PATHOLOGY CONSULTATION (Continued)

☐ SPECIMEN 12:  Prostate CNB, Left Mid Base

**DIAGNOSIS:**
   BENIGN PROSTATE TISSUE. NO EVIDENCE OF MALIGNANCY.

## GROSS DESCRIPTION

| Container/Location | Received | Pieces | Measurement | Description | Ink | Submitted |
|---|---|---|---|---|---|---|
| (7)Left Mid Apex | in formalin | 3 & frags | 5 to 12 mm & 1 mm | wispy | Not inked | in 1 cassette |
| (8)Left Lateral Apex | in formalin | 1 & frags | 20 mm & 1 mm | wispy | Not inked | in 1 cassette |
| (10)Left Mid Mid | in formalin | 1 | 15 mm | wispy | Not inked | in 1 cassette |
| (9)Left Mid Lateral | in formalin | 1 & frags | 18 mm & 1 mm | wispy | Not inked | in 1 cassette |
| (1)Right Lateral Base | in formalin | 2 | 6 to 6 mm | wispy | Not inked | in 1 cassette |
| (2)Right Mid Base | in formalin | 2 | 3 to 15 mm | wispy | Not inked | in 1 cassette |
| (3)Right Lateral Mid | in formalin | 1 | 21 mm | wispy | Not inked | in 1 cassette |
| (4)Right Mid Mid | in formalin | 2 | 4 to 17 mm | wispy | Not inked | in 1 cassette |
| (5)Right Lateral Apex | in formalin | 2 & frags | 5 to 12 mm & 1 mm | wispy | Not inked | in 1 cassette |
| (6)Right Mid Apex | in formalin | 2 | 4 to 16 mm | wispy | Not inked | in 1 cassette |
| (11)Left Lateral Base | in formalin | 3 & frags | 5 to 16 mm & 1 mm | wispy | Not inked | in 1 cassette |
| (12)Left Mid Base | in formalin | 1 | 21 mm | wispy | Not inked | in 1 cassette |

**Totally Submitted**

## COMMENTS
This case was reviewed at the daily intradepartmental conference.

The length and number of cores reported may differ from that noted during the procedure or on receipt by the laboratory due to tissue shrinkage and/or fragmentation during processing.

ICD-CM CODES:
(I10) C61        MALIGNANT NEOPLASM OF PROSTATE
(I10) R97.20
TEST CODE(S):  88305(12)

CPT codes, as published by the AMA, are provided for informational purposes only as the assignment of the CPT codes is the responsibility of the billing party.

*A. Chatterjee MD*
_____
**Arundhati Chatterjee, M.D.**

## PERFORMING LABS
Performed by Laboratory Corporation of America® Holdings, 1912 Alexander Drive, RTP NC 27709, Arundhati Chatterjee, M.D., Medical Director,
1-800-735-4087                                                        CONTINUED ON NEXT PAGE

This document contains private and confidential health information protected by state and federal law.  If you have received this document in error, please call 1-800-328-2666

RTE: AFS 919-575-4853   SEQ: ZZRL

# DIANON *Systems*
A **LabCorp** Company

### Department of Uropathology

Surgical Pathology number: PJ9802981

**32420540**    **DIAGNOSTIC REPORT**

| Accession No. | Chart No. | Sex | D.O.B. | | Page |
|---|---|---|---|---|---|
| 321-322-0301-0 | 99078-011 | M | 07/31/1948 71 Yrs | | 4 of 4 |
| Patient Name | | | | ***** | Collected |
| VANDIVERE, JAMES | | | | | 11/15/19 |
| Requesting Physician | | | | | Received |
| OGLE, ADRIAN | | | | | 11/16/19 |
| Referring Physician | | | | | Reported |
| | | | | | 11/21/19 |

## BIOPSY SUMMARY

| Location | Diagnosis | Core Length(mm) | Tumor Length(mm) | % Tumor | Tumor Position From Inked Margin |
|---|---|---|---|---|---|
| Left Mid Apex (Core 1/3) | 4+4=8 | 4 | 0.5 | 12% | Not Inked |
| Left Mid Apex (Core 2/3) | 4+4=8 | 4 | 2.5 | 62% | Not Inked |
| Left Lateral Apex (Core 1/1) | 4+3=7 | 20 | 12.0 | 60% | Not Inked |
| Left Mid Mid (Core 1/1) | 3+4=7 | 14 | 2.0 | 14% | Not Inked |
| Left Mid Lateral (Core 1/2) | 3+3=6 | 5 | 0.1 | 2% | Not Inked |
| Left Mid Lateral (Core 2/2) | 3+3=6 | 16 | 15.0 | 93% | Not Inked |



**Sagittal Views**

| Left Medial | Left Lateral | DNA Histogram |
|---|---|---|
| Base   Mid   Apex | Base   Mid   Apex | |
| Right Medial | Right Lateral | |
| Base   Mid   Apex | Base   Mid   Apex | |

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 1-800-328-2666

MH.^^8~ P918 PJ9802981 AFS    SEQ: ZZRL

# *CarePath*™ **Patient Counseling Report**

## ADRIAN OGLE
PO BOX 999
BUTNER, NC 27509

---

**Prepared For:** **JAMES VANDIVERE**              Report Date:    11/21/19
Date of Birth:    07/31/48
**Diagnosis:** **Prostate Cancer (Prostatic Adenocarcinoma)**

### Your Diagnosis

Recently, your doctor removed samples of tissue from your
prostate during a biopsy procedure. The tissue samples were
sent to DIANON Systems, where specially trained doctors
called pathologists examined them under a microscope. The
pathologists have reported to your doctor that **there is
cancer in your prostate**.



At DIANON Systems, a team of pathologists meets daily
to review all cancer diagnoses, as well as diagnoses that suggest
a high risk for cancer and a select number of noncancerous
(benign) cases for reference purposes. This built-in review
means the pathology report that DIANON sends to your
physician is based on the combined expertise of the DIANON team.

Once cancer cells were identified in your prostate tissue, the pathologists determined the cancer's **grade**
or **Gleason score**. This information can be used to determine how aggressively the disease is likely to
grow and spread.

Prostate cancer cells are graded according to their pattern of "differentiation." Differentiation refers to
how much cancer cells look and act like the normal cells in the organ or tissue where they are growing.
Cancer cells that are well differentiated have distinct borders and clear centers and their function is
nearly normal. They form tumors that usually grow slowly. Poorly differentiated cancer cells have little
resemblance to healthy cells. They have indistinct borders (so the cells all seem to run together),
distorted centers, and other signs of cellular breakdown. Their life cycle and function are very different
than that of normal cells. Poorly differentiated cells form aggressive tumors that grow rapidly, invade
nearby tissues, and spread to other organs and tissues.

The most widely accepted method of grading prostate cancer is called the **Gleason system**. It works
like this: A pathologist uses a microscope to examine a man's prostate biopsy specimens. When cancer is
found in a specimen, the pathologist studies the patterns formed by the various clumps of cancer cells.
Then the pathologist assigns a grade to each pattern using the numbers 1 through 5. The numbers
represent how well differentiated the cells that form each pattern are. The number 1 is assigned when
most of the cancer cells that form a pattern are well differentiated. The number 5 is given to patterns that
contain mostly poorly differentiated cells.

# *CarePath*™ **Patient Counseling Report**

Finally, the pathologist adds the grade of the most prominent pattern in the specimen to the grade of the second most prominent pattern in the specimen to calculate the Gleason score.

The lowest possible Gleason score is 2 (1 + 1). This score is obtained when most of the cancer in a specimen consists of well-differentiated cells, so the grade 1 is both the first and second most common.

The highest possible Gleason score is 10 (5 + 5). This score is obtained when most of the cancer in a specimen is made of poorly differentiated cells, so the grade 5 is both the first and second most common.

**The Gleason score of your cancer is 8.** Cancer with a Gleason score of 8 is considered **high risk.** It means the tumor consists mainly of poorly differentiated cells that tend to grow and spread aggressively. About 75% of high-risk cancers will spread beyond the prostate within 10 years.

Your doctor will consider other important factors in addition to your Gleason score when he or she tells you how aggressive your cancer is likely to be. These factors include:

- How many biopsy specimens contained cancer. This will give an indication of the percentage of cancer present relative to the overall size (volume) of your prostate.

- The percentage of each biopsy sample that contained cancerous cells.

- Your prostate-specific antigen (PSA) level. Well-differentiated cancer cells make PSA. This explains why prostate cancer causes elevated PSA levels during its early stages. As a tumor grows, its composition changes so that most of the cells inside it are poorly differentiated. Poorly differentiated cells don't make much PSA, so a man who has high-grade cancer may have a normal or near-normal PSA level.

## Determining Whether Prostate Cancer Has Spread

Every cancer is unique, each person is different, and there are a lot of different ways that cancer can be managed. To help determine the best treatment for each patient, cancer specialists rely on **staging**—a system that categorizes a cancer into one of several groups.

The digital rectal exam, PSA test, and prostate biopsy can help determine the **clinical stage** of your disease. However, unless you have surgery to remove your prostate, seminal vesicles, and nearby lymph nodes so they can be examined to determine how much (if any) cancer they contain, the extent of your cancer can only be estimated based on the information your doctor and pathologist have been able to gather.

If the grade and clinical stage of your cancer indicate that it may have spread beyond your prostate, your doctor might recommend that you have additional procedures to help determine where the cancer may be growing. These procedures may include chest x-rays, blood tests, an ultrasound exam, and CT or MRI scans. Your doctor will recommend the appropriate staging exams based on your particular situation.

Cancer that is confined (or localized) to the prostate has the best chance for cure. If the cancer has extended beyond the prostate to the seminal vesicles or pelvic lymph nodes, it will be much more difficult to treat. A cure may not be possible for cancer that has spread to distant organs. Many treatments are available, however, to help men with incurable prostate cancer live with minimal pain and disability.

# *CarePath*™ **Patient Counseling Report**

**How Is Prostate Cancer Treated?**

The approach to treating prostate cancer depends on many factors, including:

- The cancer's stage.

- The cancer's grade (Gleason score).
- Your prostate-specific antigen (PSA) level.
- Your age and general health (whether you have health problems in addition to prostate cancer that are a serious threat to your health and longevity or that may make certain prostate cancer treatments more risky for you).
- Your feelings about the treatments available to you and the possible short- and long-term side effects of those treatments.

All these factors are important in determining which treatments are right for you and what you can expect from them. Other factors you will need to consider include the availability of treatment facilities in or near your community and the expertise of your health care team.

Some of the treatments you and your doctor may discuss include the following:

- **Watchful waiting.** This approach involves not treating the cancer at all but monitoring it closely to see if it grows or spreads.

- **Radical prostatectomy.** This is the surgical removal of the prostate gland and the seminal vesicles (glands on either side of the prostate that produce semen). In most cases, pelvic lymph nodes are removed as well..
- **Radiation therapy.** High-energy x-rays and radioactive materials (in the form of pellets or "seeds" that are implanted in the prostate) can be used to kill prostate cancer cells.
- **Hormone therapy.** This treatment approach decreases the level of male hormones—particularly testosterone—in your body. This is done to slow cancer growth, reduce the size of tumors, and relieve symptoms. Your testosterone level can be reduced surgically, by removing the testicles (the glands where testosterone is made), or with drugs that either block the action of male hormones or stop them from being produced.

Many men who have prostate cancer participate in **clinical trials,** research studies designed to help doctors find better ways to manage diseases. There are clinical trials suitable for men with all stages of prostate cancer; they offer participants the chance to receive promising new treatments long before they are widely available. Treatments currently being studied for their safety and effectiveness in treating prostate cancer include **chemotherapy** (anticancer drug therapy) and **cryosurgery** (destroying cancer cells by freezing them).

**Your Job**

People who take an active role in maintaining their health gain a better sense of control over chronic diseases like cancer. Here are some tips:

- Do whatever is necessary to maximize your overall health, such as exercising regularly, eating a nutritious diet, and getting plenty of sleep.
- Let your health care team know if you have questions or concerns about your treatment or if you

# *CarePath*™ **Patient Counseling Report**

are not following your treatment plan. Report any new symptoms to your doctor.

- Educate yourself. This is one of the most important steps you can take. Knowing the facts will give you a sense of comfort and control and enable you to make informed decisions about your medical care. A lot of valuable information can be found on the Internet, in books and videos, and from national organizations. Some of those resources are listed below. Your main source of information will be the health professionals who are caring for you. Make lists of topics you want to discuss with them, and don't hesitate to ask any question, no matter how simple it may seem.

- Don't isolate yourself. A diagnosis of cancer can be hard to deal with, even when the chance for a cure is good. Having a positive outlook is very important in helping you maintain your health. Don't hesitate to talk to your health care team about your feelings. You may also wish to seek help from a counselor, social worker, or clergyperson. Your family and friends can be of great help in supporting your decisions, listening to your concerns, and helping you plan for the future. Support groups that meet on-line or in person are also available; they give you the opportunity to meet other people who are dealing with cancer. The organizations listed below can refer you to counselors and support groups.

## Other Resources

**American Cancer Society**
Telephone: (800) ACS-2345 (800-227-2345)
Home page: www.cancer.org

**American Foundation for Urologic Disease**
Telephone: (800) 242-2383
Home page: www.afud.org

**National Cancer Institute**
Telephone: (800) 4-CANCER (800-422-6237)
Home page: www.cancer.gov

**American Cancer Society**
Telephone: (800) ACS-2345 (800-227-2345)
Home page: www.cancer.org

**American Foundation for Urologic Disease**
Telephone: (800) 242-2383
Home page: www.afud.org

**National Cancer Institute**
Telephone: (800) 4-CANCER (800-422-6237)
Home page: www.cancer.gov

*This report is provided to help you better understand your pathology result. It is intended only for information purposes and does not include all of the available knowledge about your diagnosis. Nor is it meant to advise you on health care decisions or as a substitute for professional care. Remember that only you and your physician can determine your best care plan based on your medical history and clinical circumstances.*

James Vandivere
Reg. No. 99078011
FMC Butner
P.O. Box 1600
Butner, NC   27509



8.0
- 4.9

3.
du

232

Legal
Mail

⇔99078-011⇔
Us Dist Court
400 N Miami AVE
U S Courthouse
Miami, FL 33128
United States

Legal
Mail

